IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THOMAS E. LUNNEEN,

    Plaintiff,                                                      Case No. 1:20-cv-1007

vs.                                                                    Hon. Hala Y. Jarbou

BERRIEN SPRINGS, VILLAGE OF, et al.,

    Defendants.

_____/

**ORDER GRANTING THE PARTIES' STIPULATED MOTION FOR EXTENSION OF EXPERT DESIGNATION DEADLINES**

This matter is before the Court on the parties' Stipulated Motion for Extension of Expert Designation Deadlines [ECF No. 55]. The current deadlines under the October 6, 2021 Order Granting the Parties' Stipulated Motion for Extension of Expert Designation Deadlines require Plaintiff to disclose expert designations on or before January 15, 2022, and Defendants to disclose the same on or before February 15, 2022. [ECF No. 48]. The parties jointly request an extension of the deadlines to January 18, 2022, and February 18, 2022, respectively. The parties have established good cause for an extension under Rules 6(a) and 6(b), the Court consents to the requested extension under Rule 16(b)(4), and the extension does not affect other court deadlines and is therefore proper under Rule 29(b) of the Federal Rules of Civil Procedure. Therefore, the parties' Motion is GRANTED.

NOW, THEREFORE, IT IS ORDERED the parties' Stipulated Motion for Extension of Expert Designation Deadlines [ECF No. 55] is GRANTED.

IT IS FURTHER ORDERED that Plaintiff's expert designation deadline is now January 18, 2022, and Defendants' is February 18, 2022.  All other deadlines outlined in the Amended Case Management Order [ECF No. 21] shall remain the same.  No further extensions shall be granted.

Dated:  January 13, 2022

/s/ Hala Y. Jarbou
HALA Y. JARBOU
UNITED STATES DISTRICT JUDGE