**EXHIBIT P**
**Videos Sent via Thumb Drive to Court**