U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

ESTATE OF JACK C. LUNNEEN, deceased,
by Thomas E. Lunneen, personal representative,

    Plaintiff,

v

BERRIEN SPRINGS, a village, ORONOKO TOWNSHIP, a municipal corporation, BERRIEN COUNTY, a municipal corporation, JAMES WYSS, in his individual capacity and in his official capacity as officer for Berrien Springs-Oronoko Township Police Department, ROGER JOHNSON, in his individual capacity and in his official capacity as a deputy for the Berrien County Sheriff's Department, L. PAUL BAILEY, in his individual capacity and in his official capacity as Sheriff of the Berrien County Sheriff's Department, PAUL E. TOLIVER, in his individual capacity and in his official capacity as Chief of Police for the Berrien Springs Oronoko Township Police Department, and JOHN DOES 1–10, *in their individual and official capacities*,

    Defendants.

CASE NO. 1:20-cv-01007

HON. HALA Y. JARBOU

MAG. JUDGE PHILLIP J. GREEN

**MOTION TO WITHDRAW**

---

SEAN W. DREW (P33851)
DREW LAW OFFICE
Attorney for Plaintiff
302 Sycamore Street
P.O. Box 880
Niles, Michigan 49120
(269) 683-5121
drewlawoffice@gmail.com

NOAH W. DREW (P74355)
THE SPENCE LAW FIRM
Co-Counsel for Plaintiff
15 South Jackson Street
P.O. Box 548
Jackson, Wyoming 83001
(307) 733-7290
drew@spencelawyers.com

G. GUS MORRIS (P32960)
**McGRAW MORRIS P.C.**
Attys for Defs Berrien Springs, Oronoko Twp, Wyss and Toliver
2075 W. Big Beaver Road, Ste. 750
Troy, MI  48084
(248) 502-4000
gmorris@mcgrawmorris.com

JAMES T. McGOVERN (P79410)
JAMES M. STRAUB (P21083)
STRAUB, SEAMAN & ALLEN, P.C.
Attys for Berrien County, Bailey & Johnson
1014 Main Street, P. O. Box 318
St. Joseph, MI  49085
(269) 982-1600
jmcgovern@lawssa.com
jstraub@lawssa.com

## MOTION TO WITHDRAW

NOW COME Defendants, BERRIEN SPRINGS, ORONOKO TOWNSHIP, JAMES WYSS AND PAUL E. TOLIVER, by and through their attorneys, McGRAW MORRIS P.C., and hereby seek leave of the Court to withdraw attorney CHRISTOPHER J. RAITI as counsel for Defendants. In support of said motion, Defendants state as follows:

1. Christopher J. Raiti has concluded his employment with McGraw Morris P.C., the firm representing the Defendants.

2. Defendants will continue to be represented by G. Gus Morris of McGraw Morris P.C.

3. No party will be prejudiced if Christopher J. Raiti is permitted to withdraw his appearance in this matter.

WHEREFORE, Defendants respectfully request the Court enter an order permitting Christopher J. Raiti to withdraw his appearance as counsel in this matter.

Respectfully submitted,

**McGRAW MORRIS P.C.**

By: s/ G. GUS MORRIS
G. GUS MORRIS (P32960)
Attys for Defs Berrien Springs, Oronoko Twp, Wyss and Toliver
2075 W. Big Beaver Road, Ste. 750
Troy, MI   48084
(248) 502-4000
gmorris@mcgrawmorris.com

Dated:  February 2, 2022

U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

ESTATE OF JACK C. LUNNEEN, deceased,
by Thomas E. Lunneen, personal representative,

    Plaintiff,

v

BERRIEN SPRINGS, a village, ORONOKO TOWNSHIP, a municipal corporation, BERRIEN COUNTY, a municipal corporation, JAMES WYSS, in his individual capacity and in his official capacity as officer for Berrien Springs-Oronoko Township Police Department, ROGER JOHNSON, in his individual capacity and in his official capacity as a deputy for the Berrien County Sheriff's Department, L. PAUL BAILEY, in his individual capacity and in his official capacity as Sheriff of the Berrien County Sheriff's Department, PAUL E. TOLIVER, in his individual capacity and in his official capacity as Chief of Police for the Berrien Springs Oronoko Township Police Department, and JOHN DOES 1–10, *in their individual and official capacities*,

    Defendants.

CASE NO. 1:20-cv-01007

HON. HALA Y. JARBOU

MAG. JUDGE PHILLIP J. GREEN

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 2, 2022, I caused to be served a copy of the attached MOTION TO WITHDRAW on behalf of Defendants, BERRIEN SPRINGS, ORONOKO TOWNSHIP, JAMES WYSS AND PAUL E. TOLIVER, with the Clerk of the Court using the ECF system that will send notification of such filing to all attorneys of record at the email addresses denoted on the Electronic Mail Notice List.

3

**McGRAW MORRIS P.C.**

By: /s/ G. GUS MORRIS
G. GUS MORRIS (P32960)
Attys for Defs Berrien Springs, Oronoko Twp, Wyss and Toliver
2075 W. Big Beaver Road, Ste. 750
Troy, MI   48084
(248) 502-4000
gmorris@mcgrawmorris.com

4