UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THOMAS E. LUNNEEN, *personal representative of the estate of Jack C. Lunneen*,

    Plaintiff,

v.

VILLAGE OF BERRIEN SPRINGS, et al.,

    Defendants.
_____/

Case No. 1:20-cv-1007

Hon. Hala Y. Jarbou

## ORDER

The Court having reviewed Defendants Village of Berrien Springs, Township of Oronoko, James Wyss, and Paul E. Toliver's motion to withdraw attorney Christopher J. Raiti as counsel for Defendants (ECF No. 61),

**IT IS ORDERED** that Defendants motion to withdraw attorney Christopher J. Raiti as counsel (ECF No. 61) is **GRANTED**. Defendants will continue to be represented by G. Gus Morris of McGraw Morris P.C.

Dated:  February 3, 2022

/s/ Hala Y. Jarbou
HALA Y. JARBOU
UNITED STATES DISTRICT JUDGE