United States District Court
for the Western District of Michigan

---

**REPORT FOLLOWING
VOLUNTARY FACILITATIVE MEDIATION SESSION**

| Case Number | Case Caption | Date of Session |
|---|---|---|
| 1:20-cv-01007-HYJ-PJG | *Estate of Jack C. Lunneen vs. Berrien Springs, et al.* | March 15, 2022 |

**PARTIES - Via Zoom**            **Attendees**

| Name | On Behalf Of |
|---|---|
| Thomas E. Lunneen | Plaintiff |
| L. Paul Bailey | Defendant Berrien County & himself |
| Jim Duffy | Defendant Berrien County |
| Sam Herand | Defendant Berrien County |
| Bill Rivard | Defendants Berrien Springs / Oronoko Twp. |
|  |  |
|  |  |

**COUNSEL - Via Zoom**

| Name | On Behalf Of |
|---|---|
| Sean Drew, Noah Drew, Mel Orchard | Plaintiff |
| Emily Madden, Candace Adamson | Plaintiff |
| James T. McGovern | Defendant Berrien County |
| G. Gus Morris | Defendants Berrien Springs / Oronoko Twp. |
| Rob VanWert | Defendants Berrien Springs / Oronoko Twp. |
|  |  |
|  |  |
|  |  |

Result:      ☐      Settled in full – Final paperwork will be filed by:

☒      Mediation continuing – Date of Next Session:  <u>Undetermined</u>

☐      Not settled – Mediation Completed

Dated:  March 15, 2022                    <u>/s/ Jon G. March</u>
                                          Jon G. March,
                                          Mediator