UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THE ESTATE OF JACK C. LUNNEEN,
Deceased, by Thomas E. Lunneen,
Personal Representative
      Plaintiff,

vs.                                                                                           Case 1:20-cv-01007-HYJ-PJG

BERRIEN SPRINGS, a village, ORONOKO                            HON. HALA Y. JARBOU
TOWNSHIP, a municipal corporation, BERRIEN
COUNTY, a municipal corporation, JAMES WYSS,
in his individual capacity and in his official
capacity as officer for Berrien Springs-Oronoko
Township Police Department, ROGER JOHNSON,
in his individual capacity and in his official
capacity as a deputy for the Berrien County
Sheriff's Department, L. PAUL BAILEY, in his
individual capacity and in his official capacity as
Sheriff of the Berrien County Sheriff's Department,
PAUL E. TOLIVER, in his individual capacity and
In his official capacity as Chief of Police for the
Berrien Springs Oronoko Township Police
Department, and JOHN DOES 1-10,
      Defendants.
_____

Sean W. Drew  (P33851)
Attorney for Plaintiff
Drew Law Office
302 Sycamore St., POB 880
Niles, MI  49120
(269) 683-5121
drewlawoffice@gmail.com

Noah W. Drew  (P74355)
Emily S. Madden
Mel C. Orchard, III
Attorneys for Plaintiff
The Spence Law Firm
15 S. Jackson St., POB 548
Jackson, WY  83001
(307) 733-7290
drew@spencelawyers.com
madden@spencelawyers.com
orchard@spencelawyers.com

James T. McGovern  (P79410)
James M. Straub  (21083)
Attorneys for Defs. Berrien County,
L. Paul Bailey and Roger Johnson
Straub, Seaman & Allen, P.C.
1014 Main St., POB 318
St. Joseph, MI  49085
(269) 982-1600
jmcgovern@lawssa.com
jstraub@lawssa.com

G. Gus Morris (P32960)
Robert W. VanWert (P70957)
Attorneys for Defs. Berrien Springs
Oronoko Twp., Wyss and Toliver
McGraw Morris, P.C.
2075 W. Big Beaver Road, Ste. 750
Troy, MI  48084
(248) 502-4000
gmorris@mcgrawmorris.com
rvanwert@mcgrawmorris.com

## BRIEF IN SUPPORT OF DEFENDANTS BERRIEN COUNTY, PAUL BAILEY AND ROGER JOHNSON'S MOTION FOR SUMMARY JUDGMENT PURSUANT TO RULE 56(a)

\*   \*   \*

**\*\*\*ORAL ARGUMENT REQUESTED\*\*\***

# EXHIBIT 1

## Sergeant Roger Johnson Body Camera (Flash drive provided to Court)

