# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

THOMAS E. LUNNEEN,

    Plaintiff,

vs.

BERRIEN SPRINGS, VILLAGE OF, et al.,

    Defendants.

Case No. 1:20-cv-1007-HYJ-PJG

Hon. Hala Y. Jarbou

Hon. Mag. Judge Phillip J. Green

| | |
|---|---|
| Mel C. Orchard III<br>Noah W. Drew (P74335)<br>Emily S. Madden<br>THE SPENCE LAW FIRM LLC<br>15 S. Jackson Street / P.O. Box 548<br>Jackson, Wyoming 83001<br>(307) 733-7290 / (307) 733-5248<br>orchard@spencelawyers.com<br>drew@spencelawyers.com<br>madden@spencelawyers.com<br>*Attorneys for Plaintiff*<br><br>Sean W. Drew (P33851)<br>DREW LAW OFFICE<br>302 Sycamore Street / P.O. Box 880<br>Niles, Michigan 49120<br>(269) 683-6121<br>drewlawoffice@gmail.com<br>*Co-Counsel for Plaintiff* | G. Gus Morris (P32960)<br>MCGRAW MORRIS P.C.<br>2075 W. Big Beaver Road, Suite 750<br>Troy, Michigan 48084<br>(248) 502-4000<br>gmorris@mcgrawmorris.com<br>rvanwert@mcgrawmorris.com<br>*Attorneys for Township Defendants, Wyss & Toliver*<br><br>James T. McGovern (P79410)<br>James M. Straub (P21083)<br>STRAUB, SEAMAN & ALLEN P.C.<br>1014 Main Street / P.O. Box 318<br>St. Joseph, Michigan 49085<br>(269) 982-1600<br>jmcgovern@lawssa.com<br>jstraub@lawssa.com<br>*Attorneys for Berrien County, Bailey & Johnson* |

## PLAINTIFF'S DAUBERT MOTION REGARDING DR. LUCERI

Plaintiff, by and through counsel, Mel C. Orchard III, Noah W. Drew, and Emily S. Madden of THE SPENCE LAW FIRM, LLC, and Sean W. Drew of THE DREW LAW OFFICE, and pursuant to Rule 702 of the Federal Rules of Evidence, respectfully moves the Court for an order excluding portions of proffered testimony by Defendants' jointly retained and designated cardiology expert, Dr. Luceri, in the following respects and for the following reasons:

1. Dr. Luceri is a cardiologist who exceeds the bounds of his specialty and expertise when he opines and/or concludes the decedent, Jack C. Lunneen, was suffering from substance abuse. This renders his opinion unreliable under Rule 702 of the Federal Rules of Evidence and interpretive case law, including *Daubert v. Merrell Dow Pharms. Inc.*, 509 U.S. 579 (1993).

2. Even if Dr. Luceri is qualified to diagnose mental health disorders such as substance abuse, Dr. Luceri's opinion and/or conclusion in this case is based upon insufficient facts or data and inadmissible evidence that is not generally or reasonably relied upon experts in the field. Therefore, Dr. Luceri's opinion and/or conclusion on this issue is unreliable under Rule 702 of the Federal Rules of Evidence and interpretive case law, including *Daubert v. Merrell Dow Pharms. Inc.*, 509 U.S. 579 (1993).

3. A brief in support of Plaintiff's Motion is submitted herewith.

WHEREFORE, Plaintiff respectfully requests the Court exclude these portions of Dr. Luceri's opinions, conclusions, and proffered testimony and prohibit him from so testifying at trial.

Respectfully submitted this 6th day of June 2022.

    /s/Noah W. Drew
Melvin C. Orchard III (WSB No. 5-2984)
Noah W. Drew (WSB No. 7-4888)
Emily S. Madden (WSB No. 7-6272)
THE SPENCE LAW FIRM, LLC
15 South Jackson Street
P.O. Box 548
Jackson, Wyoming 83001
(307) 733-7290 | Fax: (307) 733-5248
orchard@spencelawyers.com
drew@spencelawyers.com
madden@spencelawyers.com

Sean W. Drew (MI SB No. P33851)
DREW LAW OFFICE
302 Sycamore Street
P.O. Box 880
Niles, Michigan 49120
(269) 683-5121
drewlawoffice@gmail.com

*Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

 I hereby certify that on this 6th day of June 2022, I served this document electronically via the Court's CM/ECF system on the following persons:

 James T. McGovern
 James M. Straub
 STRAUB, SEAMAN & ALLEN, P.C.
 1014 Main Street / P.O. Box 318
 St. Joseph, MI 49085
 (269) 982-1600
 jmcgovern@lawssa.com
 jstraub@lawssa.com
 *Attorneys for County Defendants*

 G. Gus Morris
 MCGRAW MORRIS P.C.
 Troy, MI 48084
 gmorris@mcgrawmorris.com
 *Attorneys for Township Defendants*

            /s/Noah W. Drew
            Noah W. Drew
            THE SPENCE LAW FIRM, LLC