# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

THOMAS E. LUNNEEN,

      Plaintiff,

vs.

BERRIEN SPRINGS, VILLAGE OF, et al.,

      Defendants.

Case No. 1:20-cv-1007-HYJ-PJG

Hon. Hala Y. Jarbou

Hon. Mag. Judge Phillip J. Green

---

| | |
|---|---|
| Mel C. Orchard III | G. Gus Morris (P32960) |
| Noah W. Drew (P74335) | MCGRAW MORRIS P.C. |
| Emily S. Madden | 2075 W. Big Beaver Road, Suite 750 |
| THE SPENCE LAW FIRM LLC | Troy, Michigan 48084 |
| 15 S. Jackson Street / P.O. Box 548 | (248) 502-4000 |
| Jackson, Wyoming 83001 | gmorris@mcgrawmorris.com |
| (307) 733-7290 / (307) 733-5248 | rvanwert@mcgrawmorris.com |
| orchard@spencelawyers.com | *Attorneys for Township Defendants, Wyss &* |
| drew@spencelawyers.com | *Toliver* |
| madden@spencelawyers.com | |
| *Attorneys for Plaintiff* | James T. McGovern (P79410) |
| | James M. Straub (P21083) |
| Sean W. Drew (P33851) | STRAUB, SEAMAN & ALLEN P.C. |
| DREW LAW OFFICE | 1014 Main Street / P.O. Box 318 |
| 302 Sycamore Street / P.O. Box 880 | St. Joseph, Michigan 49085 |
| Niles, Michigan 49120 | (269) 982-1600 |
| (269) 683-6121 | jmcgovern@lawssa.com |
| drewlawoffice@gmail.com | jstraub@lawssa.com |
| *Co-Counsel for Plaintiff* | *Attorneys for Berrien County, Bailey &* |
| | *Johnson* |

---

## INDEX OF ECF CITES AND EXHIBITS
## TO PLAINTIFF'S JOINT RESPONSE IN OPPOSITION TO
## DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

**ECF CITES:**

| ECF No. | Title |
|---|---|
| 1 | Complaint and Demand for Trial by Jury |
| 14 | Defendants Berrien County, L. Paul Bailey, and Roger Johnson's Answer to Plaintiff's Complaint, Reliance on Jury Demand and Affirmative Defenses |

| | |
|---|---|
| 15 | Defendants Berrien Springs, Oronoko Township, James Wyss, and Paul E. Toliver's Answer to Complaint, Reliance on Jury Demand, Affirmative Defenses and Certificate of Service |
| 44 | Certificate of Service of Plaintiff's First Set of Requests for Production and Interrogatories to Defendant James Wyss |
| 57-1 | Jeffrey J. Noble, J.D.'s Expert Report |
| 57-3 | Michael M. Baden, M.D.'s Expert Report |
| 57-7 | Michael D. Freeman, M.D.'s Expert Report |
| 57-11 | Daniel Wohlgelernter, M.D.'s Expert Report |
| 57-15 | Douglas Thornton's Report |
| 78 | Brief in Support of Defendants Berrien County, L. Paul Bailey, and Roger Johnson's Motion for Summary Judgment pursuant to Rule 56(a) |
| 81 | [Township] Defendants' Motion for Summary Judgment |
| 81-2 | Deposition Transcript of James Wyss |
| 81-3 | Deposition Transcript of Roger Johnson |
| 81-6 | Postmortem Examination Report |

**EXHIBITS:**

| Exhibit No. | Title |
|---|---|
| 1. | James Wyss's Statement to Michigan State Police |
| 2. | Village Map |
| 3. | Video1 |
| 4. | Map |
| 5. | Prior Encounters |
| 6. | Call for Service Report |
| 7. | 911 Call |
| 8. | Roger Johnson's Statement to Michigan State Police |
| 9. | Michigan State Police Incident Report |
| 10. | Video2 |
| 11. | Deposition Transcript of Thomas Lunneen – Excerpts<br>30 |
| 12. | Taser Pulse Logs |
| 13. | James Wyss's Training Records |
| 14. | Roger Johnson's Training Records |
| 15. | Medical Examiner's Report |
| 16. | Autopsy Photographs |
| 17. | Deposition of Elizabeth A. Douglas, M.D. – Excerpts<br>36, 62, 65, 68, 69, 72, 80, 87, 90, 91, 93, 97-98 |
| 18. | James Wyss's Administrative Leave Letter |
| 19. | Roger Johnson's Administrative Leave Letter |
| 20. | Berrien Springs-Oronoko Township Incident Report |
| 21. | Berrien County Prosecutor's Office's Memo to Investigating Officer |

| | |
|---|---|
| **22.** | Plaintiff's First Set of Requests for Production to Defendant James Wyss |
| **23.** | Plaintiff's First Set of Interrogatories to Defendant James Wyss |
| **24.** | Berrien Springs-Oronoko Township Police Department's Policies & Procedures |
| **25.** | Berrien County Sheriff's Department's Policies & Procedures |
| **26.** | Deposition Transcript of Chuck Heit |
| **27.** | Roger Johnson's Lifesaving Award |

Respectfully submitted this 15th day of July 2022,

/s/ Noah W. Drew _____
Mel C. Orchard, III
Noah W. Drew
Emily S. Madden
15 South Jackson Street/ P.O. Box 548
Jackson, Wyoming 83001
(307) 733-7290 / (307) 733-5248 Fax
orchard@spencelawyers.com
drew@spencelawyers.com
madden@spencelawyers.com

Sean W. Drew
DREW LAW OFFICE
302 Sycamore St. / P.O. Box 880
Niles, Michigan 49120
(269) 683-5121
drewlawoffice@gmail.com

*Attorneys for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 15th day of July 2022, I served this document electronically via email on the following persons:

James T. McGovern
James M. Straub
STRAUB, SEAMAN & ALLEN, P.C.
1014 Main Street / P.O. Box 318
St. Joseph, MI 49085
(269) 982-1600
jmcgovern@lawssa.com
jstraub@lawssa.com

*Attorneys for County Defendants*

G. Gus Morris
Christopher J. Raiti
MCGRAW MORRIS P.C.
Troy, MI 48084
gmorris@mcgrawmorris.com
craiti@mcgrawmorris.com

*Attorneys for Township Defendants*

_____/s/ Noah W. Drew_____ _____
Mel C. Orchard, III
Noah W. Drew
Emily S. Madden
15 South Jackson Street/ P.O. Box 548
Jackson, Wyoming 83001
(307) 733-7290 / (307) 733-5248 Fax
orchard@spencelawyers.com
drew@spencelawyers.com
madden@spencelawyers.com

Sean W. Drew
DREW LAW OFFICE
302 Sycamore St. / P.O. Box 880
Niles, Michigan 49120
(269) 683-5121
drewlawoffice@gmail.com

*Attorneys for Plaintiff*