**Berrien County Sheriff's Department -- (269) 983-7141**
919 Port Street, St. Joseph Michigan 49085

Incident No: 18-004961
Status: Closed

| | |
|---|---|
| Date Reported: | Mon 05/07/2018 21:42:00   Occurred Between: Mon 05/07/2018 21:42:00 and Mon 05/07/2018 23:30:00 |
| Dispatch Time: | 22:48:27   Arrival Time: 22:54:37   Clear Time: 23:31:43 |
| CFS Number: | 2018-00004961 |
| Officers: | JOHNSON, ROGER    Detective: |
| Classification: | -- (3562) |
| Location: | 5454 DEANS HILL RD 1/2`, BERRIEN CENTER    Section / Nbh: / |
| Description: | VIOLATION CONTROLLED SUBSTANCE    Entered: BIGGART |

**Complainant: (3562 )**
KLIMP, JUDY, DIANNE
8044 PAINTER SCHOOL RD
BERRIEN CENTER, MI
Ops: K451454143643 / MI
DOB: 08/17/1953  Age: 64  Soc. Sec: 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
Phone: (269)277-4352 (Unknown)
Phone: (269)519-2356 (Unknown)
Race: White   Sex: Female   Hair: Brown   Eyes: Brown   Ethnicity: Unknown
Height: 5' 7"   Weight: 124 lbs.

**Complainant:**
KLIMP, JUDY
<UNKNOWN>
Race: Unknown   Sex: Unknown   Ethnicity: Unknown

**Suspect: (3562 )**
MARCELO-MORALES, WHITNEY, NICHOLE
2483 ROCKY WEED RD
ST JOSEPH, MI 49103
Ops: M624873630777 / MI
DOB: 10/09/1986  Age: 31  Soc. Sec: 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
Phone: (269)815-4745 (Cell Phone)
Phone: (269)262-8093 (Unknown)
Race: White   Sex: Female   Hair: Black   Eyes: Brown   Ethnicity: Hispanic
Height: 5' 7"   Weight: 180 lbs.

**Victim: (3562 )**
SOCIETY
Race: Unknown   Sex: Unknown   Ethnicity: Unknown

**Other: (3562 )**
LUNNEEN, JACK, CLEMENT
1422 GRANGE RD
BUCHANAN, MI 49107
Ops: L530356119371 / MI
DOB: 05/16/1967  Age: 50  Soc. Sec: 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
Phone: (269)471-5962 (Unknown)
Race: White   Sex: Male   Hair: Brown   Eyes: Green   Ethnicity: Unknown
Height: 5' 8"   Weight: 215 lbs.   Complex: Fair

**Other: (3562 )**
BERRIEN COUNTY FORENSIC LABORA
Phone: (269)471-6396 (Business)
Race: U   Sex: U   Ethnicity: U

**Property:**
1) Baggy w/Marijuana
   Item Num: 18-004961-001   Class: Drugs/Narcotics

Reported By: _____   Reviewed By: _____   Date Printed: 06/01/2021

Page 1 of 4

CONFIDENTIAL                                    BC 0398

**EXHIBIT 5**

| | Incident No: | 18-004961 |
|---|---|---|

**Property:**

Loss Type: **Seized**  Qty: 1

Type: Narcotics/Drugs
Drug Type: Marijuana
Gross Weight: 1.500 Grams    Net Weight: 1.500 Grams
Notes: 6-Seized

| CAD Narrative NW INC:2018-00004961 | Reporting Officer: JOHNSON, ROGER | 05/07/18 |
|---|---|---|

05/07/2018 21:42:10 Gulledge, Andre - 1502 Narrative: brother is in jail
05/07/2018 21:42:32 Gulledge, Andre - 1502 Narrative: was call by an officer to go and get the van an keep it for her brother
05/07/2018 21:42:43 Gulledge, Andre - 1502 Narrative: girlfriend refuse to give the keys to the sister
05/07/2018 21:46:37 Gulledge, Andre - 1502 Narrative: caller will be waiting in the parking lot
05/07/2018 21:47:08 Gulledge, Andre - 1502 Narrative: rands grocery
05/07/2018 21:47:22 Gulledge, Andre - 1502 Narrative: 9513 old us 31
05/07/2018 22:45:45 Gulledge, Andre - 1502 Narrative: 2ND CALL
05/07/2018 22:46:10 Gulledge, Andre - 1502 Narrative: STILL WAITING

| Original (Supplement 1) | Reporting Officer: JOHNSON, ROGER | 05/10/18 |
|---|---|---|

SYNOPSIS

R/O was dispatched to the area of 5454-1/2 on Deans Hill in Berrien Springs for a civil stand-by. R/O met with JUDY KLIMP in the parking lot next to this location. KLIMP advised that she wanted to get some keys for a vehicle and wanted officers to stand-by while she did so.

R/O and KLIMP went to the address and initially made contact with JACK LUNNEEN, who went back into the residence and retrieved WHITNEY MARCELO. WHITNEY was the subject that JUDY wanted to talk to about getting the keys. MARCELO advised that was not giving KLIMP the keys and eventually KLIMP was advised to leave due to the agitating tone of her voice.

After she left and R/O noticed the smell of marijuana coming from the residence, R/O gained consent to search and recovered a quantity of suspected marijuana. Charges may be sought on WHITNEY MARCELO, pending lab results.

INFORMATION

On 05-07-18 at 2142 hours, R/O was dispatched to the liquor store parking lot next to 5454-1/2 Deans Hill Rd., Berrien Township, Berrien County, Michigan. Upon arrival, KLIMP was inside a vehicle. She exited and approached R/Os patrol car and advised that a family member of hers was arrested from the address we were going to and a vehicle was there that she wanted to get keys to.

==R/O went to the address with KLIMP and knocked on the door, which was answered by JACK LUNNEEN.== He immediately retrieved WHITNEY MARCELO.

| Reported By: | Reviewed By: | Date Printed: 06/01/2021 |
|---|---|---|
| Page 2 of 4 | | |

Incident No: 18-004961

## CIVIL STAND-BY

R/O during this call immediately noticed the odor of marijuana emitting from the residence. WHITNEY MARCELO and JUDY KLIMP had a conversation. MARCELO refused to give KLIMP the keys to the vehicle in which KLIMP was seeking. Eventually, the conversation between KLIMP and MARCELO became heated. R/O advised KLIMP that R/O could not make MARCELO give her the keys and she probably needed to leave due to the agitating factor of the situation. KLIMP complied and left the scene.

## CONSENT SEARCH

Once KLIMP was gone, R/O advised MARCELO that R/O could smell the odor of marijuana and asked her if she had a medical marijuana card. She advised that she did not; but, the guy inside did, this being JACK LUNNEEN.

R/O asked her if it could be seen. She advised that she didnt think that he had it on him. R/O then asked for consent to search, after R/O advised that a search warrant may be obtained for the residence based on probable cause of the odor emitting from the residence.

## CONSENT SEARCH

JACK LUNNEEN guided R/O to the kitchen and opened an upper cabinet. He handed R/O a cigarette box containing a quantity of suspected marijuana. He immediately advised it was not his; but, he saw that it was up there and wanted to turn it over to R/O.

## INTERVIEW WITH WHITNEY MARCELO

When R/O asked who the marijuana belonged to MARCELO advised that it was hers and she bought it from some school kid, a white male with fluffy hair. Once receiving the suspected substance, R/O then advised MARCELO that it would be sent to the lab for analysis and charges may be sought for her arrest pending lab results.

## EVIDENCE

Retained in R/Os possession was one Marlboro Red cigarette box containing a baggie of 1.5 grams of suspected marijuana.

## FIELD TEST

Not tested; sent to the lab.

## CHAIN OF CUSTODY

R/O kept the substance in R/Os possession until returning to the BCSD where it was placed in a manila envelope, sealed and initialed by R/O. It was then placed into BCSD evidence where it was secured for later transport to the Berrien County Forensic Lab for further analysis.

## PRIORS

MARCELO did not show any priors for possession of marijuana.

Reported By: _____  Reviewed By: _____  Date Printed: 06/01/2021

Incident No: 18-004961

STATUS

This case is closed, pending lab results.

| Supplement 1 / Lab Report / Johnson (Supplement 2) | Reporting Officer: JOHNSON, ROGER | 06/01/18 |

R/O received a lab report from the Berrien County Forensic Laboratory regarding this case. The lab report was completed on May 21, 2018 and signed by Chief Analyst John Rorabeck.

SUSPECT

Whitney Marcelo

EVIDENCE

One red/white "Marlboro" cigarette box containing one cellophane wrapper enclosing dried plant material.

ANALYTICAL RESULTS

The plant material was identified as marijuana.

STATUS

Closed, tot Berrien County Prosecutor's Office.

Respectfully submitted,

Sgt Roger Johnson #632

---

Reported By: _____  Reviewed By: _____  Date Printed: 06/01/2021

Page 4 of 4

| **Berrien County Sheriff Narcotics Unit** | Incident No: | 11-100449 |
|---|---|---|
| 919 Port St. Saint Joseph, MI 49085 | Status: | CLOSED INTELLIGENCE ONLY |

| Date Reported: | Fri 07/01/2011 16:00:00 | Occurred Between: | Fri 07/01/2011 15:00:00 | and | Fri 07/01/2011 15:30:00 |
|---|---|---|---|---|---|
| Dispatch Time: | | Arrival Time: | | Clear Time: | |
| Officers: | JOHNSON, ROGER | | | Detective: | JOHNSON, ROGER |
| Classification: | VCSA (non reportable) -- (85001) | | | | |
| Local Use: | Interview | | | | |
| Location: | 919 PORT ST, ST JOSEPH (BERRIEN CO. SHERIFF'S DEPT.) | | | Section / Nbh: | 68-St. Joseph City / |
| Description: | Interview | | | Entered: | JOHNSON |

**Other Involvement: (85001 VCSA (non reportable))**

| LUNNEEN, JACK, CLEMENT | DOB: | 05/16/1967 | Age: | 44 | Soc. Sec: | 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 |
|---|---|---|---|---|---|---|
| 1422 GRANGE RD | | | | | | |
| BUCHANAN, MI 49107 | | | | | | |
| Ops: L550356119371 / MI | | | | | SID No: | 1379245W |
| Race: White | Sex: Male | Hair: | Brown | Eyes: Blue | Ethnicity: Unknown | |
| Height: 5'08" | Weight: 205 lbs. | | | | Resident: of Community | |
| Notes: Booking ID 20017854 | | | | | | |

| INITIAL NARRATIVE | Reporting Officer: JOHNSON, ROGER | 07/01/11 |
|---|---|---|

SYNOPSIS:

On the above date and time, R/O interviewed JACK LUNNEEN at the BC Jail, per his request. LUNNEEN advised that he had information about drug activity in the Benton Harbor area.

LUNNEEN advised that there is a black male known only as "Miami" who drive a black Avalanche and is selling crack cocaine. LUNNEEN advised that "Miami" is a big man with dred lock hair.

LUNNEEN advised that a B/M known only as "J" is selling crack cocaine at 880 McAllister St. LUNNEEN advised that "J" owns the residence but he does not live there, he only meets people in the alleyway behind the residence.

STATUS:

Closed.

| Reported By: _____ | Reviewed By: | Date Printed: 06/01/2021 |
|---|---|---|
| Page 1 of 1 | CONFIDENTIAL | BC 0429 |

| | |
|---|---|
| **Berrien County Sheriff Narcotics Unit** | Incident No:   **09-100086** |
| **919 Port St. Saint Joseph, MI 49085** | Status:   **CLOSED BY ARREST** |

| | | | | | |
|---|---|---|---|---|---|
| Date Reported: | **Mon 02/02/2009 20:00:00** | Occurred Between: | **Mon 02/02/2009 20:00:00** | and | **Mon 02/02/2009 22:00:00** |
| Dispatch Time: | **00:00:00** | Arrival Time: | **00:00:00** | Clear Time: | **00:00:00** |
| Officers: | **JOHNSON, ROGER** | | | Detective: | **JOHNSON, ROGER** |
| Classification: | **VIOLATION OF CONTROLLED SUBSTANCE -- (35001)** | | | | |
| Local Use: | **Search Warrant** | | | | |
| Location: | **9009 MEADOW LN, BERRIEN SPRINGS** | | | Section / Nbh: | **39-Berrien Springs Village /** |
| Description: | **Search Warrant** | | | Entered: | **RDJ** |

**Arrested / Owner: (35001 VIOLATION OF CONTROLLED SUBSTANCE)**

  **HARRIS, SCOTT, LAMAR**          DOB:     **11/23/1957** Age:  **51**       Soc. Sec:       **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**
  **9009 MEADOW LN  APT B**
  **BERRIEN SPRINGS, MI  49103**
  Ops:   **H620760488896 / MI**
  Race:   **White**       Sex:   **Male**      Hair:  **Brown**      Eyes:   **Brown**       Ethnicity: **Unknown**
  Height: **6'00"**       Weight: **170 lbs.**                                                Resident:  **of Community**
  Notes:  **Booking ID 40000754**
  Arrest Information:

| No | Date | Code | Description | Disposition Date | Disposition of Case |
|---|---|---|---|---|---|
| 1 | 02/02/2009 | 3599 | **DANGEROUS DRUGS (OTHER)** | | |
| 2 | 02/02/2009 | 3562 | **MARIJUANA - POSSESS** | | |
| 3 | 02/02/2009 | 3532 | **COCAINE - POSSESS** | | |

**Victim: (35001 VIOLATION OF CONTROLLED SUBSTANCE)**
  **SOCIETY**
  Race:   **U**         Sex:   **U**                                              Ethnicity: **U**

**Other Involvement: (35001 VIOLATION OF CONTROLLED SUBSTANCE)**
  **LUNNEEN, JACK, CLEMENT**          DOB:     **05/16/1967** Age:  **41**       Soc. Sec:       **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**
  **1422 GRANGE RD**
  **BUCHANAN, MI  49107**
  Ops:   **L550356119371 / MI**                                                   SID No:    **1379245W**
  Race:   **White**       Sex:   **Male**      Hair:  **Brown**      Eyes:   **Blue**        Ethnicity: **Unknown**
  Height: **5'08"**       Weight: **205 lbs.**                                                Resident:  **of Community**
  Notes:  **Booking ID 20017854**

**Original Narrative**

SYNOPSIS:

On the above date and time, the BCNU with assistance from the BCSD road patrol and the BSOTPD executed a search warrant for illegal narcotics at 9009 Meadow Ln., Berrien Springs.


REPORT:

On 2/02/09 at approximately 1945 hours, the BCNU with assistance from the BCSD road patrol and the Berrien Springs Oronoko Twp. PD executed a search warrant for the sale of illegal narcotics at a residence located at 9009

| | | |
|---|---|---|
| Reported By: _____ | Reviewed By: | Date Printed:  06/01/2021 |
| Page   1   of   5 | CONFIDENTIAL | BC 0415 |

Meadow Ln., Berrien Springs. At the time of the search warrant execution, officers located and secured SCOTT HARRIS and JACK LUNNEEN inside the residence.

During a search of the residence, officers located and seized a small amount of marijuana, a syringe containing an unknown liquid, and a crack pipe. Officers also located and seized residency papers for SCOTT HARRIS. No items were seized under civil forfeiture.

CHARGES:

SCOTT LAMAR HARRIS was arrested and is charged with possession of cocaine 2nd offense, possession of marijuana 2nd offense, and maintaining a drug house 2nd offense.

JACK LUNNEEN was questioned and released with no charges being sought against him.

PROBABLE CAUSE OBTAINED:

Within 24 hours prior to the search warrant being authorized, R/O obtained probable cause for a search warrant by having a confidential police informant make a controlled purchase of crack cocaine from inside the residence located at 9009 Meadow Ln., Berrien Springs.

SEARCH WARRANT OBTAINED:

On 2/02/09 R/O made contact with Prosecuting Attorney, Arthur Cotter via telephone who reviewed the affidavit for search warrant then authorized R/O to sign P/A Cotter's name on the affidavit. R/O then made contact with Judge Alfred Butzbaugh via telephone who authorized the search warrant and affidavit then faxed them to R/O on 2/02/09 at approximately 1819 hours.

SEARCH WARRANT EXECUTED:

On 2/02/09 at approximately 1930 hours, officers of the BCNU, BCSD road patrol, and the BSOTPD held a briefing at the BSOTPD. R/O advised all officers involved in the search warrant of all pertinent information and advised all officers of their assignments for the execution of the search warrant. Officers then deployed to 9009 Meadow Ln., Berrien Springs.

On 2/02/09 at approximately 1945 hours, officers arrived at the residence. Upon arrival, officers approached the front door where Sgt. Boyce knocked and announced "police, search warrant." A short time later, SCOTT HARRIS opened the door and allowed officers into the residence. Upon entry, Det. Yech immediately secured HARRIS. Det. Yech then located and secured JACK LUNNEEN in the living room.

During a search of the residence, officers located and seized a marijuana stem in a container on top of the dresser in the bedroom, along with a marijuana stem on the living room floor near the couch. Officers also located and seized a syringe containing an unknown liquid inside the refrigerator, and a crack pipe with residue in the nightstand drawer in the bedroom. Officers located and seized a pair of hemostats from the closet shelf in the bedroom and residency papers for SCOTT HARRIS in the living room. No items were seized under civil forfeiture.

EVIDENCE:

See Sgt. Boyce's supplemental report.

Incident No: 09-100086

CIVIL FORFEITURE AND SERVICE:

No items were seized under civil forfeiture.

INTERVIEW WITH JACK CLEMENT LUNNEEN:

On 2/02/09 at approximately 2004 hours, R/O interviewed JACK LUNNEEN. R/O advised LUNNEEN of his rights per Miranda warning waiver card. At this time, LUNNEEN advised he understood his rights and would speak to R/O without an attorney. LUNNEEN advised that he came to the residence approximately ten minutes prior to the police arriving. LUNNEEN advised that he does know that this is a drug house and has had a problem with crack cocaine in the past. LUNNEEN advised that the person R/O is looking for is probably Rob Moore, due to SCOTT HARRIS only being a user and letting people use his house to sell crack cocaine. LUNNEEN advised that he was told by HARRIS shortly before the police arrived, that Rob Moore was on his way to the residence.

ADDITIONAL INTERVIEW:

See Det. Yech's supplemental report.

PHOTOGRAPHS:

Det. Biggart took photographs using the department's digital camera.

DIAGRAM:

A diagram of the residence was sketched and is attached to this report.

WEATHER:

The weather was partly cloudy and approximately 28 degrees.

NARCOTICS OFFICERS ASSIGNED:

Sgt. Boyce was assigned to knock & announce, entry, and evidence tabulation.
R/O was case officer and assigned to breach, entry, and interviews.
Dep. Hopkins was assigned to entry and search.
Det. Yech was assigned to entry and interviews.
Dep. Haskins was assigned to entry and search.
Det. Biggart was assigned to entry and photographs.
Lt. Hagenbarth was assigned to entry and search.

ASSISTING OFFICERS:

BSOTPD Officer Christner was assigned to exterior perimeter.
BSOTPD Officer Teed was assigned to exterior perimeter.
BSOTPD Officer Scholten was assigned to exterior perimeter.

CANINE SEARCH:

Reported By: _____   Reviewed By:   Date Printed: 06/01/2021

| | |
|---|---|
| Incident No: | 09-100086 |

See Dep. Hopkins report for complete details.

CCH:

A CCH on SCOTT HARRIS shows prior VCSA convictions for use of narcotic or cocaine on 12/13/05 and use of narcotic or cocaine on 2/14/06.

RESIDENCE SECURED:

On 2/02/09 at approximately 2040 hours, after the execution of the search warrant and subsequent investigation, the residence was secured by Sgt. Boyce.

STATUS:

Closed by arrest.

| Interview with Scott Harris (Supplement 1) | Reporting Officer: YECH, SHAWN | 02/02/09 |
|---|---|---|

SYNOPSIS:

On the above date, R/O assisted with the execution of a search warrant at the above listed address. R/O was assigned to interivew SCOTT HARRIS.


INTERVIEW WITH SCOTT LAMAR HARRIS:

On 2/02/09 at approximately 2002 hours, R/O advised HARRIS of his rights per Miranda warning waiver card. At that time, HARRIS advised he understood his rights and would speak to R/O without an attorney.

HARRIS advised that he has been residing at this residence for approximately seven years. HARRIS advised that he is currently unemployed. HARRIS advised that he receives SSI benefits of $800.00 per month.

HARRIS advised that he does smoke marijuana inside the residence. HARRIS advised that he last smoked marijuana inside the residence on Super Bowl Sunday. HARRIS advised that he also smokes crack cocaine whenever he can get some. HARRIS advised that he last smoked crack approximately one week ago. HARRIS advised that he has never sold crack cocaine from his residence. HARRIS advised that people do bring crack to his house and let him smoke for free. HARRIS advised that the crack pipe found in the bedroom belongs to him. HARRIS advised that any marijuana roaches and stems found in the residence also belong to him.

R/O asked HARRIS who comes to his house. HARRIS advised that a friend of his "Mike" LNU, and JACK LUNNEEN where both at his residence today. R/O asked HARRIS if Rob Moore had been to his house today. HARRIS advised that Morris was here early in the afternoon. HARRIS advised that Moore came to the residence just to hang out. R/O asked HARRIS if Rob Moore comes to his residence and deals crack cocaine in exchange for him (HARRIS) getting free crack cocaine to smoke. HARRIS advised that he did not want to answer R/O's question and did not want to speak to R/O any longer. No further questions were asked and the interview was terminated.

STATUS:

Incident No: **09-100086**

Closed by arrest.

---

**Evidence Tabulation (Supplement 2)**     **Reporting Officer: BOYCE, ROBERT**     02/02/09

SYNOPSIS:

On the above date, R/O assisted with the execution of a search warrant at the above listed address. R/O was assigned to evidence tabulation.

CONTROLLED SUBSTANCES:

CS-1, is a suspected marijuana stem, found in the bedroom inside a container on top of the dresser by R/O.

CS-2, is a crack pipe with residue, found in the bedroom in the nightstand drawer by R/O.

CS-3, is a suspected marijuana stem, found in the living room on the floor near the couch by Dep. Haskins.

CS-4, is a syringe containing an unknown liquid, found in the kitchen inside of the refrigerator by Det. Yech.

FIELD TEST:

R/O field tested one of the suspected marijuana stems and received a positive result for the presence of marijuana. R/O field tested CS-2 and received a positive result for the presence of cocaine.

CHAIN OF CUSTODY:

R/O kept all drug evidence in R/O's possession until returning to the BCNU. R/O placed all drug evidence into evidence envelopes. R/O signed, sealed and placed the envelopes into the evidence locker for later transport to the BCFL for further analysis.

OTHER EVIDENCE:

O-1, is a pair of hemostats, found in the bedroom on the closet shelf by Dep. Haskins.

O-2, are residency papers, found in the living room on a shelf near the door by R/O. These consist of the following:

*A DHS Verification Checklist to SCOTT HARRIS at 9009 Meadow Ln, dated 9/09/08.
*A Michigan birth record copy application filled out by SCOTT HARRIS at 9009 Meadow Ln.

CIVIL FORFEITURE AND SERVICE:

No items were seized under civil forfeiture.

STATUS:

Closed by arrest.

---

Reported By: _____     Reviewed By:     Date Printed: 06/01/2021

Page  5  of  5                CONFIDENTIAL                BC 0419