

## BERRIEN COUNTY SHERIFF'S OFFICE

919 PORT STREET, ST. JOSEPH, MICHIGAN 49085-1184
PHONE: (269) 983-7111 • FAX: (269) 983-9956
WWW.BCSHERIFF.ORG

**L. PAUL BAILEY**
SHERIFF

CHARLES E. HEIT
UNDERSHERIFF

ROBERT BOYCE
CHIEF DEPUTY

SD-338-18

October 24, 2018

To: Michigan State Police Investigations

From: Sgt. Roger Johnson Berrien County Sheriff's Office

RE: Incident BSOTPD #18-2854 / BCSO # 18-12118

**Synopsis:**

On 10-22-2018 at approximately 0124hrs. I responded to assist Berrien Springs Oronoko Township Police Department on what I believed at the time was a possible breaking and entering. I was in a fully marked patrol vehicle, in full police uniform and equipped with a department issued body camera. Berrien County dispatch advised that a caller at 101 Union stated that a man was running around her house as well as the neighbor's house. Dispatch also advised that the male had broken out a window to the residence and had pulled out an air conditioner. Berrien Springs Officer Wyss went to the residence of the caller and I canvassed the area to attempt to locate the suspect. The suspect was described as wearing black pants and not wearing a shirt.

**Locate suspect:**

While Officer Wyss was at the complainant's residence he advised over the radio that he had observed a possible suspect. Officer Wyss advised the suspect had headed south from the area of 101 Union and Wyss had lost him in a back yard. I responded to the general area and drove down Madison Street which is South of Union. Once on Madison approaching Cass St., I observed a white male who matched the description of the suspect. I saw him look at me then lay down on the ground near a driveway. The suspect then stood back up and walked to my Berrien County squad car near the passenger side door. The suspect mentioned something about getting in but I could not hear him clearly. At this point I ordered him to the front of the patrol car. The suspect started talking to me but did not appear to be making sense.

The suspect was not wearing a shirt. I observed him to have blood on his person and he appeared to be sweating profusely. Due to the temperature of (mid 30's) I was concerned for his medical wellbeing. I immediately asked dispatch to start an ambulance citing the suspect's possible excited delirium. I ordered the suspect to the front of the patrol car to attempt to sort things out. Berrien Springs Officer Wyss then arrived at the scene. I asked Officer Wyss if he had "PC" meaning probable cause to arrest the suspect. He advised that he did.

The suspect, later identified as Jack Lunneen, continued to yell about different things including yelling for help and asking if we were going to kill him. Lunneen then started to walk toward

**EXHIBIT 8**

Cass Street. At times he would charge toward me then turn around and walk toward Cass Street. At one point I observed a vehicle traveling South on Cass. My concern was that the suspect was so uncontrollable he was going to walk in front of a car. During this time Lunneen was ordered several times to put his hands behind his back. He refused to do so. Lunneen was also ordered several times to get onto his knees in an attempt to place him into custody. Our purpose was to control the situation and stop the scene from being mobile and unstable. After all of the above attempts to control the suspect I deployed the Tazer. The Tazer probes appeared to strike Lunneen in the front torso area but had no effect. I saw Lunneen swipe his arm in front of him which appeared to disconnect the Tazer probes from his body. Lunneen continued to cross Cass Street and lunged toward Officer Wyss. I asked Officer Wyss if he had pepper spray and he said he did. I advised him to spray Lunneen which he did but it did not appear to have an effect. Lunneen then lunged toward Officer Wyss again. This is when Officers took Lunneen to the ground. Lunneen continued to resist and was told to put his hands behind his back several times. He refused to comply with our verbal commands. Officers struggled with Lunneen for approximately 2 minutes prior to getting a handcuff onto Lunneen's left wrist then onto his right wrist.

**Suspect detained:**

Once Lunneen was detained officers got off of him. Lunneen appeared to have stopped resisting and was quiet. I could hear a slight snore which I believed to be due to him nodding into an unconscious stupor. This is behavior which I have observed before in other drug users. I believed at this time he was passing out due to unknown substances in his system. At this time I called dispatch to speed up the ambulance which was already in route to my location. Dispatch advised that medical personnel were almost on scene. The Medic 1 supervisor initially arrived at the location of our parked squad cars. I had to direct him to our current location which was across the street approximately 100 yards from where our parked squad cars were located. At that point we assisted Medic 1 administering medical aid to Lunneen. Lunneen was transported by Medic 1 to Spectrum Hospital in St. Joe MI.

**Evidence:**

Seized from the scene was one Tazer cartridge. The cartridge was taken from the scene by r/o and returned back to the Berrien County Sheriff's office where it was placed in a manilla envelope, sealed and initialed by r/o and then secured into evidence. The tazer was secured and turned over to qualified personnel to be downloaded and returned to service. My body camera was downloaded to evidence.com.

**Status:** Closed

Signed: _____   Date: 10-24-18

Sgt. Roger Johnson