# BERRIEN SPRINGS ORONOKO TWP POLICE
# OFFICER REPORT OF TRAINING

NAME: J.A. Wyss ID#: 109 DATE: 02/28/21

TRAINING DATE(S): FROM: 02/28/21 TO: / / # HOURS: 0.25

COURSE TITLE: NARCAN TRAINING

LOCATION OF TRAINING: BSOTPD

TRAINING PROVIDER: BSOTPD

INSTRUCTOR: N/A

TYPE OF TRAINING or DEPARTMENT POLICY REVIEW: (LIST CHAPTERS/TOPICS)

PowerPoint

MCOLES APPROVED COURSE: ☐ YES ☒ NO MCOLES NUMBER: ____

INNER DEPARTMENT PROVIDED TRAINING ONLY: ☒ YES ☐ NO

CERTIFICATE EARNED: ☐ YES ☒ NO (IF YES, ATTACH COPY OF CERTIFICATE)

CHECK ALL THAT APPLY

☐ PRACTICAL EXERCISES ☐ LECTURE ☐ VIDEO REVIEW ONLY

FIREARMS TRAINING:

| WEAPON USED | CALIBER | SERIAL NUMBER | QUALIFIED | COURSE TYPE |
|---|---|---|---|---|
| | | | | |

| WEAPON USED | CALIBER | SERIAL NUMBER | QUALIFIED | COURSE TYPE |
|---|---|---|---|---|
| | | | | |

| WEAPON USED | CALIBER | SERIAL NUMBER | QUALIFIED | COURSE TYPE |
|---|---|---|---|---|
| | | | | |

Officer Obtaining Training / Completing Form: [signature]

COMPLETE FORM AFTER ALL TRAINING SESSIONS ATTACH COPY OF CERTIFICATE IF PROVIDED; TURN ORIGINAL INTO OFFICE OF THE CHIEF FOR INCLUSION INTO TRAINING FILE/KEEP COPY FOR YOUR RECORDS



EXHIBIT 13

# BERRIEN SPRINGS ORONOKO TWP POLICE
# OFFICER REPORT OF TRAINING

NAME: J WYSS ID#: 109 DATE: 3 / 10 / 20

TRAINING DATE(S): FROM: 3 / 10 / 20 TO: 3 / 18 / 20 # HOURS: 7.5

COURSE TITLE: DEFENSIVE TACTICS

LOCATION OF TRAINING: BCSD TRAINING FACILITY

TRAINING PROVIDER: BCSD

INSTRUCTOR: J. UJAWIK

TYPE OF TRAINING or DEPARTMENT POLICY REVIEW: (LIST CHAPTERS/TOPICS)

USE OF FORCE, HAND CUFFING

MCOLES APPROVED COURSE: ☒ YES ☐ NO MCOLES NUMBER: [redacted]

INNER-DEPARTMENT PROVIDED TRAINING ONLY: ☐ YES ☒ NO

CERTIFICATE EARNED: ☐ YES ☒ NO (IF YES, ATTACH COPY OF CERTIFICATE)

CHECK ALL THAT APPLY

☒ PRACTICAL EXERCISES ☒ LECTURE ☐ VIDEO REVIEW ONLY

FIREARMS TRAINING:

| WEAPON USED | CALIBER | SERIAL NUMBER | QUALIFIED | COURSE TYPE |
|---|---|---|---|---|
| | | | | |

| WEAPON USED | CALIBER | SERIAL NUMBER | QUALIFIED | COURSE TYPE |
|---|---|---|---|---|
| | | | | |

| WEAPON USED | CALIBER | SERIAL NUMBER | QUALIFIED | COURSE TYPE |
|---|---|---|---|---|
| | | | | |

Officer Obtaining Training / Completing Form: ____________________

COMPLETE FORM AFTER ALL TRAINING SESSIONS ATTACH COPY OF CERTIFICATE IF PROVIDED; TURN ORIGINAL INTO OFFICE OF THE CHIEF FOR INCLUSION INTO TRAINING FILE/KEEP COPY FOR YOUR RECORDS

# BERRIEN SPRINGS ORONOKO TWP POLICE
# OFFICER REPORT OF TRAINING

NAME: J. WYSS ID#: 109 DATE: 7 / 10 / 19

TRAINING DATE(S): FROM: 7 / 10 / 19 TO: 7 / 10 / 19 # HOURS: 4

COURSE TITLE: FIREARMS

LOCATION OF TRAINING: CAMP BETZ

TRAINING PROVIDER: K. HAEFER

INSTRUCTOR:

TYPE OF TRAINING or DEPARTMENT POLICY REVIEW: (LIST CHAPTERS/TOPICS)

USE OF FORCE, FIRE ARMS

MCOLES APPROVED COURSE: ☒ YES ☐ NO MCOLES NUMBER [redacted]

INNER-DEPARTMENT PROVIDED TRAINING ONLY: ☒ YES ☐ NO

CERTIFICATE EARNED: ☐ YES ☒ NO (IF YES, ATTACH COPY OF CERTIFICATE)

CHECK ALL THAT APPLY

☒ PRACTICAL EXERCISES ☐ LECTURE ☐ VIDEO REVIEW ONLY

FIREARMS TRAINING:

| WEAPON USED | CALIBER | SERIAL NUMBER | QUALIFIED | COURSE TYPE |
|---|---|---|---|---|
| GLOCK 17 | 9mm | | | |

| WEAPON USED | CALIBER | SERIAL NUMBER | QUALIFIED | COURSE TYPE |
|---|---|---|---|---|
| AR-15 | .223 | | | |

| WEAPON USED | CALIBER | SERIAL NUMBER | QUALIFIED | COURSE TYPE |
|---|---|---|---|---|
| SHOTGUN | 12 GA | | | |

Officer Obtaining Training / Completing Form: [signature]

COMPLETE FORM AFTER ALL TRAINING SESSIONS – ATTACH COPY OF CERTIFICATE IF PROVIDED; TURN ORIGINAL INTO OFFICE OF THE CHIEF FOR INCLUSION INTO TRAINING FILE/KEEP COPY FOR YOUR RECORDS

# BERRIEN SPRINGS ORONOKO TWP POLICE
# OFFICER REPORT OF TRAINING

NAME: J WYSS ID#: 109 DATE: 3 / 14 / 19

TRAINING DATE(S): FROM: 3 / 14 / 19 TO: 3 / 14 / 19 # HOURS: ______

COURSE TITLE: TASER & PCT

LOCATION OF TRAINING: BCSD

TRAINING PROVIDER: BCSD

INSTRUCTOR: DYER; ASLEY

TYPE OF TRAINING or DEPARTMENT POLICY REVIEW: (LIST CHAPTERS/TOPICS)

LESS LETHAL - HANDS ON

MCOLES APPROVED COURSE: ☒ YES ☐ NO MCOLES NUMBER: ______

INNER-DEPARTMENT PROVIDED TRAINING ONLY: ☐ YES ☐ NO

CERTIFICATE EARNED: ☐ YES ☒ NO (IF YES, ATTACH COPY OF CERTIFICATE)

**CHECK ALL THAT APPLY**

☒ PRACTICAL EXERCISES ☒ LECTURE ☐ VIDEO REVIEW ONLY

FIREARMS TRAINING:

| WEAPON USED | CALIBER | SERIAL NUMBER | QUALIFIED | COURSE TYPE |
|---|---|---|---|---|
| | | | | |

| WEAPON USED | CALIBER | SERIAL NUMBER | QUALIFIED | COURSE TYPE |
|---|---|---|---|---|
| | | | | |

| WEAPON USED | CALIBER | SERIAL NUMBER | QUALIFIED | COURSE TYPE |
|---|---|---|---|---|
| | | | | |

Officer Obtaining Training / Completing Form: [signature]

COMPLETE FORM AFTER ALL TRAINING SESSIONS – ATTACH COPY OF CERTIFICATE IF PROVIDED; TURN ORIGINAL INTO OFFICE OF THE CHIEF FOR INCLUSION INTO TRAINING FILE/KEEP COPY FOR YOUR RECORDS

# BERRIEN SPRINGS ORONOKO TWP POLICE
# OFFICER REPORT OF TRAINING

NAME: J. WYSS ID#: 109 DATE: 1/29/18

TRAINING DATE(S): FROM: 1/29/18 TO: / / # HOURS: 1

COURSE TITLE: CREATING DISTANCE IN A DEADLY SITUATION

LOCATION OF TRAINING: BSOTPD

TRAINING PROVIDER: POLICE ONE

INSTRUCTOR: ____

TYPE OF TRAINING or DEPARTMENT POLICY REVIEW: (LIST CHAPTERS/TOPICS) ____

MCOLES APPROVED COURSE: ☒ YES ☐ NO MCOLES NUMBER: 45412

INNER-DEPARTMENT PROVIDED TRAINING ONLY: ☐ YES ☒ NO

CERTIFICATE EARNED: ☐ YES ☐ NO (IF YES, ATTACH COPY OF CERTIFICATE)

**CHECK ALL THAT APPLY**

☐ PRACTICAL EXERCISES ☐ LECTURE ☒ VIDEO REVIEW ONLY

FIREARMS TRAINING:

| WEAPON USED | CALIBER | SERIAL NUMBER | QUALIFIED | COURSE TYPE |
|---|---|---|---|---|
| | | | | |

| WEAPON USED | CALIBER | SERIAL NUMBER | QUALIFIED | COURSE TYPE |
|---|---|---|---|---|
| | | | | |

| WEAPON USED | CALIBER | SERIAL NUMBER | QUALIFIED | COURSE TYPE |
|---|---|---|---|---|
| | | | | |

Officer Obtaining Training / Completing Form: [signature]

COMPLETE FORM AFTER ALL TRAINING SESSIONS ATTACH COPY OF CERTIFICATE IF PROVIDED;
TURN ORIGINAL INTO OFFICE OF THE CHIEF FOR INCLUSION INTO TRAINING FILE/KEEP COPY FOR YOUR RECORDS

# BERRIEN SPRINGS ORONOKO TWP POLICE
# OFFICER REPORT OF TRAINING

NAME: J. WYSS ID#: 109 DATE: 3 / 12 / 18

TRAINING DATE(S): FROM: 3/ 12/18 TO: 3/12 / 18 # HOURS: 8

COURSE TITLE: PCT / TASER RECERT

LOCATION OF TRAINING: BSO ANGLINGRD

TRAINING PROVIDER: BCSD

INSTRUCTOR: ______

TYPE OF TRAINING or DEPARTMENT POLICY REVIEW: (LIST CHAPTERS/TOPICS)

LESS LETHAL, USE OF FORCE

MCOLES APPROVED COURSE: ☒ YES ☐ NO MCOLES NUMBER: 45412

INNER-DEPARTMENT PROVIDED TRAINING ONLY: ☐ YES ☒ NO

CERTIFICATE EARNED: ☐ YES ☐ NO (IF YES, ATTACH COPY OF CERTIFICATE)

CHECK ALL THAT APPLY

☒ PRACTICAL EXERCISES ☒ LECTURE ☐ VIDEO REVIEW ONLY

FIREARMS TRAINING:

| WEAPON USED | CALIBER | SERIAL NUMBER | QUALIFIED | COURSE TYPE |
|---|---|---|---|---|
| | | | | |

| WEAPON USED | CALIBER | SERIAL NUMBER | QUALIFIED | COURSE TYPE |
|---|---|---|---|---|
| | | | | |

| WEAPON USED | CALIBER | SERIAL NUMBER | QUALIFIED | COURSE TYPE |
|---|---|---|---|---|
| | | | | |

Officer Obtaining Training / Completing Form: [signature]

COMPLETE FORM AFTER ALL TRAINING SESSIONS – ATTACH COPY OF CERTIFICATE IF PROVIDED;
TURN ORIGINAL INTO OFFICE OF THE CHIEF FOR INCLUSION INTO TRAINING FILE/KEEP COPY FOR YOUR RECORDS

# BERRIEN SPRINGS ORONOKO TWP POLICE
# OFFICER REPORT OF TRAINING

NAME: J. WYSS ID#: 169 DATE: 3/16/18

TRAINING DATE(S): FROM: 3/16/18 TO: 3/16/18 # HOURS: 4

COURSE TITLE: CPR/FIRST AID/AED

LOCATION OF TRAINING: BSOTPD

TRAINING PROVIDER: AMERICAN HEART ASSOCIATION

INSTRUCTOR:

TYPE OF TRAINING or DEPARTMENT POLICY REVIEW: (LIST CHAPTERS/TOPICS)

FIRST AID / LIFE SAVING

MCOLES APPROVED COURSE: ☒ YES ☐ NO MCOLES NUMBER [redacted]

INNER-DEPARTMENT PROVIDED TRAINING ONLY: ☒ YES ☐ NO

CERTIFICATE EARNED: ☒ YES ☐ NO (IF YES, ATTACH COPY OF CERTIFICATE)

CHECK ALL THAT APPLY

☒ PRACTICAL EXERCISES ☒ LECTURE ☐ VIDEO REVIEW ONLY

FIREARMS TRAINING:

| WEAPON USED | CALIBER | SERIAL NUMBER | QUALIFIED | COURSE TYPE |
|---|---|---|---|---|
| | | | | |

| WEAPON USED | CALIBER | SERIAL NUMBER | QUALIFIED | COURSE TYPE |
|---|---|---|---|---|
| | | | | |

| WEAPON USED | CALIBER | SERIAL NUMBER | QUALIFIED | COURSE TYPE |
|---|---|---|---|---|
| | | | | |

Officer Obtaining Training / Completing Form: [signature]

COMPLETE FORM AFTER ALL TRAINING SESSIONS – ATTACH COPY OF CERTIFICATE IF PROVIDED; TURN ORIGINAL INTO OFFICE OF THE CHIEF FOR INCLUSION INTO TRAINING FILE/KEEP COPY FOR YOUR RECORDS

# BERRIEN SPRINGS ORONOKO TWP POLICE
# OFFICER REPORT OF TRAINING

NAME: J. WYSS ID#: 109 DATE: 7 / 10 / 18

TRAINING DATE(S): FROM: 7 / 10 / 18 TO: / / # HOURS: 1

COURSE TITLE: CONTROLLING THE SITUATION

LOCATION OF TRAINING: BSOTPD

TRAINING PROVIDER: POLICE ONE

INSTRUCTOR: ______

TYPE OF TRAINING or DEPARTMENT POLICY REVIEW: (LIST CHAPTERS/TOPICS) ______

MCOLES APPROVED COURSE: ☒ YES ☐ NO MCOLES NUMBE [redacted]

INNER-DEPARTMENT PROVIDED TRAINING ONLY: ☒ YES ☐ NO

CERTIFICATE EARNED: ☐ YES ☐ NO (IF YES, ATTACH COPY OF CERTIFICATE)

CHECK ALL THAT APPLY

☐ PRACTICAL EXERCISES ☐ LECTURE ☒ VIDEO REVIEW ONLY

FIREARMS TRAINING:

| WEAPON USED | CALIBER | SERIAL NUMBER | QUALIFIED | COURSE TYPE |
|---|---|---|---|---|
| | | | | |
| WEAPON USED | CALIBER | SERIAL NUMBER | QUALIFIED | COURSE TYPE |
| | | | | |
| WEAPON USED | CALIBER | SERIAL NUMBER | QUALIFIED | COURSE TYPE |
| | | | | |

Officer Obtaining Training / Completing Form: [signature]

COMPLETE FORM AFTER ALL TRAINING SESSIONS – ATTACH COPY OF CERTIFICATE IF PROVIDED; TURN ORIGINAL INTO OFFICE OF THE CHIEF FOR INCLUSION INTO TRAINING FILE/KEEP COPY FOR YOUR RECORDS

# BERRIEN SPRINGS ORONOKO TWP POLICE
# OFFICER REPORT OF TRAINING

NAME: JIM WYSS ID#: 109 DATE: 9 / 19 / 18

TRAINING DATE(S): FROM: 9 / 19 / 18 TO: 9 / 19 / 18 # HOURS: 3

COURSE TITLE: FIREARMS

LOCATION OF TRAINING: CAMP BETZ

TRAINING PROVIDER: K. HAEFER

INSTRUCTOR: _____

TYPE OF TRAINING or DEPARTMENT POLICY REVIEW: (LIST CHAPTERS/TOPICS)

FIREARMS, USE OF FORCE

MCOLES APPROVED COURSE: ☑ YES ☐ NO MCOLES NUMBER: [redacted]

INNER-DEPARTMENT PROVIDED TRAINING ONLY: ☑ YES ☐ NO

CERTIFICATE EARNED: ☐ YES ☐ NO (IF YES, ATTACH COPY OF CERTIFICATE)

CHECK ALL THAT APPLY

☑ PRACTICAL EXERCISES ☐ LECTURE ☐ VIDEO REVIEW ONLY

FIREARMS TRAINING:

| WEAPON USED | CALIBER | SERIAL NUMBER | QUALIFIED | COURSE TYPE |
|---|---|---|---|---|
| GLOCK | 9MM | | YES | |
| AR-15 | 5.56 | | | |
| SHOTGUN | 12GA | | YES | |

Officer Obtaining Training / Completing Form: [signature]

COMPLETE FORM AFTER ALL TRAINING SESSIONS ATTACH COPY OF CERTIFICATE IF PROVIDED; TURN ORIGINAL INTO OFFICE OF THE CHIEF FOR INCLUSION INTO TRAINING FILE/KEEP COPY FOR YOUR RECORDS

# BERRIEN SPRINGS ORONOKO TWP POLICE
## OFFICER REPORT OF TRAINING

NAME: JAMES N. WYSS ID#: 109 DATE: 3 / 18 / 18

TRAINING DATE(S): FROM: 3 / 18 / 18 TO: 3 / 18 / 18 # HOURS: 8

COURSE TITLE: PCT, TASER

LOCATION OF TRAINING: BCSD TRAINING FACILITY

TRAINING PROVIDER: BCSD

INSTRUCTOR: ____

TYPE OF TRAINING or DEPARTMENT POLICY REVIEW: (LIST CHAPTERS/TOPICS)

USE OF FORCE, LESS LETHAL

MCOLES APPROVED COURSE: ☒ YES ☐ NO MCOLES NUMBER: [redacted]

INNER-DEPARTMENT PROVIDED TRAINING ONLY: ☐ YES ☒ NO

CERTIFICATE EARNED: ☐ YES ☐ NO (IF YES, ATTACH COPY OF CERTIFICATE)

CHECK ALL THAT APPLY

☒ PRACTICAL EXERCISES ☐ LECTURE ☐ VIDEO REVIEW ONLY

FIREARMS TRAINING:

| WEAPON USED | CALIBER | SERIAL NUMBER | QUALIFIED | COURSE TYPE |
|---|---|---|---|---|
| | | | | |

| WEAPON USED | CALIBER | SERIAL NUMBER | QUALIFIED | COURSE TYPE |
|---|---|---|---|---|
| | | | | |

| WEAPON USED | CALIBER | SERIAL NUMBER | QUALIFIED | COURSE TYPE |
|---|---|---|---|---|
| | | | | |

Officer Obtaining Training / Completing Form: [signature]

COMPLETE FORM AFTER ALL TRAINING SESSIONS ATTACH COPY OF CERTIFICATE IF PROVIDED; TURN ORIGINAL INTO OFFICE OF THE CHIEF FOR INCLUSION INTO TRAINING FILE/KEEP COPY FOR YOUR RECORDS

# BERRIEN SPRINGS ORONOKO TWP POLICE
# OFFICER REPORT OF TRAINING

NAME: JAMES N. WYSS ID#: 109 DATE: 3 / 16 / 18

TRAINING DATE(S): FROM: 3 / 16 / 18 TO: 3 / 16 / 18 # HOURS: 3

COURSE TITLE: CPR & FIRST AID

LOCATION OF TRAINING: BSOTPD

TRAINING PROVIDER: ______

INSTRUCTOR: ______

TYPE OF TRAINING or DEPARTMENT POLICY REVIEW: (LIST CHAPTERS/TOPICS)

CPR & FIRST AID

MCOLES APPROVED COURSE: ☒ YES ☐ NO MCOLES NUMBER: [redacted]

INNER-DEPARTMENT PROVIDED TRAINING ONLY: ☒ YES ☐ NO

CERTIFICATE EARNED: ☐ YES ☐ NO (IF YES, ATTACH COPY OF CERTIFICATE)

CHECK ALL THAT APPLY

☒ PRACTICAL EXERCISES ☒ LECTURE ☐ VIDEO REVIEW ONLY

FIREARMS TRAINING:

| WEAPON USED | CALIBER | SERIAL NUMBER | QUALIFIED | COURSE TYPE |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

Officer Obtaining Training / Completing Form:

COMPLETE FORM AFTER ALL TRAINING SESSIONS – ATTACH COPY OF CERTIFICATE IF PROVIDED; TURN ORIGINAL INTO OFFICE OF THE CHIEF FOR INCLUSION INTO TRAINING FILE/KEEP COPY FOR YOUR RECORDS

# BERRIEN SPRINGS ORONOKO TWP POLICE
# OFFICER REPORT OF TRAINING

NAME: WYSS ID#: 609 DATE: 3 / 6 / 17

TRAINING DATE(S): FROM: 3 / 6 / 17 TO: 3 / 6 / 17 # HOURS: 8

COURSE TITLE: PPCT / TASER

LOCATION OF TRAINING: BCSD STOVER TRAINING CENTER

TRAINING PROVIDER: BCSD

INSTRUCTOR: VonKoenig / Uhlrik

TYPE OF TRAINING or DEPARTMENT POLICY REVIEW: (LIST CHAPTERS/TOPICS) __

MCOLES APPROVED COURSE: ☐ YES ☐ NO MCOLES NUMBER: [redacted]

INNER-DEPARTMENT PROVIDED TRAINING ONLY: ☐ YES ☒ NO

CERTIFICATE EARNED: ☐ YES ☒ NO (IF YES, ATTACH COPY OF CERTIFICATE)

CHECK ALL THAT APPLY

☒ PRACTICAL EXERCISES ☒ LECTURE ☒ VIDEO REVIEW ONLY

FIREARMS TRAINING:

| WEAPON USED | CALIBER | SERIAL NUMBER | QUALIFIED | COURSE TYPE |
| --- | --- | --- | --- | --- |
| | | | | |
| WEAPON USED | CALIBER | SERIAL NUMBER | QUALIFIED | COURSE TYPE |
| | | | | |
| WEAPON USED | CALIBER | SERIAL NUMBER | QUALIFIED | COURSE TYPE |
| | | | | |

Officer Obtaining Training / Completing Form: [signature]

COMPLETE FORM AFTER ALL TRAINING SESSIONS – ATTACH COPY OF CERTIFICATE IF PROVIDED;
TURN ORIGINAL INTO OFFICE OF THE CHIEF FOR INCLUSION INTO TRAINING FILE/KEEP COPY FOR YOUR RECORDS

# BERRIEN SPRINGS ORONOKO TWP POLICE
# OFFICER REPORT OF TRAINING

NAME: WYSS ID#: 109 DATE: 3 / 2 / 16

TRAINING DATE(S): FROM: 3 / 2 / 16 TO: 3 / 2 / 16 # HOURS: 1

COURSE TITLE: OC SPRAY - LESS LETHAL

LOCATION OF TRAINING: BSOTPD

TRAINING PROVIDER: BCSD

INSTRUCTOR: DODD, KOVAC

TYPE OF TRAINING or DEPARTMENT POLICY REVIEW: (LIST CHAPTERS/TOPICS)

LESS LETHAL - USE OF FORCE

MCOLES APPROVED COURSE: ☑ YES ☐ NO MCOLES NUMBER: [redacted]

INNER-DEPARTMENT PROVIDED TRAINING ONLY: ☑ YES ☐ NO

CERTIFICATE EARNED: ☐ YES ☐ NO (IF YES, ATTACH COPY OF CERTIFICATE)

CHECK ALL THAT APPLY

☒ PRACTICAL EXERCISES ☒ LECTURE ☒ VIDEO REVIEW ONLY

FIREARMS TRAINING:

| WEAPON USED | CALIBER | SERIAL NUMBER | QUALIFIED | COURSE TYPE |
|---|---|---|---|---|
| | | | | |

| WEAPON USED | CALIBER | SERIAL NUMBER | QUALIFIED | COURSE TYPE |
|---|---|---|---|---|
| | | | | |

| WEAPON USED | CALIBER | SERIAL NUMBER | QUALIFIED | COURSE TYPE |
|---|---|---|---|---|
| | | | | |

Officer Obtaining Training / Completing Form: ____________________

COMPLETE FORM AFTER ALL TRAINING SESSIONS – ATTACH COPY OF CERTIFICATE IF PROVIDED; TURN ORIGINAL INTO OFFICE OF THE CHIEF FOR INCLUSION INTO TRAINING FILE/KEEP COPY FOR YOUR RECORDS

# BERRIEN SPRINGS ORONOKO TWP POLICE
# OFFICER REPORT OF TRAINING

NAME: WYSS JAMES N. ID#: 109 DATE: 3 /2 /16

TRAINING DATE(S): FROM: 3 / 2 / 16 TO: 3 / 2 / 16 # HOURS: 8

COURSE TITLE: TASER LESS LETHAL

LOCATION OF TRAINING: BSOTPD

TRAINING PROVIDER: BCSD

INSTRUCTOR: DODD KOVAC

TYPE OF TRAINING or DEPARTMENT POLICY REVIEW: (LIST CHAPTERS/TOPICS)

USE OF FORCE, LESS LETHAL

MCOLES APPROVED COURSE: ☒ YES ☐ NO MCOLES NUMBER: [redacted]

INNER-DEPARTMENT PROVIDED TRAINING ONLY: ☐ YES ☒ NO

CERTIFICATE EARNED: ☒ YES ☐ NO (IF YES, ATTACH COPY OF CERTIFICATE)

CHECK ALL THAT APPLY

☒ PRACTICAL EXERCISES ☒ LECTURE ☒ VIDEO REVIEW ONLY

FIREARMS TRAINING:

| WEAPON USED | CALIBER | SERIAL NUMBER | QUALIFIED | COURSE TYPE |
|---|---|---|---|---|
| | | | | |

| WEAPON USED | CALIBER | SERIAL NUMBER | QUALIFIED | COURSE TYPE |
|---|---|---|---|---|
| | | | | |

| WEAPON USED | CALIBER | SERIAL NUMBER | QUALIFIED | COURSE TYPE |
|---|---|---|---|---|
| | | | | |

Officer Obtaining Training / Completing Form: ____________________

COMPLETE FORM AFTER ALL TRAINING SESSIONS ATTACH COPY OF CERTIFICATE IF PROVIDED;
TURN ORIGINAL INTO OFFICE OF THE CHIEF FOR INCLUSION INTO TRAINING FILE/KEEP COPY FOR YOUR RECORDS




# TASER Conducted Electrical Weapon

## TASER Certified End User Certificate

## JAMES WYSS

*This certifies that the above named individual James Wyss has completed the training required and has passed a written examination in the use of the TASER X2* conducted Electrical Weapon. *By accepting this User Certificate, the Student accepts the terms of the TASER Training Materials License Agreement, incorporated herein by reference, and agrees to be bound by its terms as a Licensee of TASER International, Inc. This certification must be renewed annually.*

*Instructor:* *Ian Dodd*_______________ *Date* *03-02-16*_____

# BERRIEN SPRINGS ORONOKO TWP POLICE
# OFFICER REPORT OF TRAINING

NAME: WYSS ID#: 109 DATE: 2 / 11 / 16

TRAINING DATE(S): FROM: 2 / 11 / 16 TO: 2 / 11 / 16 # HOURS: 2

COURSE TITLE: NARCAN TRAINING

LOCATION OF TRAINING: BSOTPD

TRAINING PROVIDER: GRAND RAPIDS RED PROGRAM

INSTRUCTOR: STEVE ALSEM

TYPE OF TRAINING or DEPARTMENT POLICY REVIEW: (LIST CHAPTERS/TOPICS) ___

MCOLES APPROVED COURSE: ☐ YES ☒ NO MCOLES NUMBER: ___

INNER-DEPARTMENT PROVIDED TRAINING ONLY: ☐ YES ☒ NO

CERTIFICATE EARNED: ☐ YES ☒ NO (IF YES, ATTACH COPY OF CERTIFICATE)

CHECK ALL THAT APPLY

☐ PRACTICAL EXERCISES ☒ LECTURE ☐ VIDEO REVIEW ONLY

FIREARMS TRAINING:

| WEAPON USED | CALIBER | SERIAL NUMBER | QUALIFIED | COURSE TYPE |
|---|---|---|---|---|
| | | | | |
| WEAPON USED | CALIBER | SERIAL NUMBER | QUALIFIED | COURSE TYPE |
| | | | | |
| WEAPON USED | CALIBER | SERIAL NUMBER | QUALIFIED | COURSE TYPE |
| | | | | |

Officer Obtaining Training / Completing Form: ___

COMPLETE FORM AFTER ALL TRAINING SESSIONS ATTACH COPY OF CERTIFICATE IF PROVIDED;
TURN ORIGINAL INTO OFFICE OF THE CHIEF FOR INCLUSION INTO TRAINING FILE/KEEP COPY FOR YOUR RECORDS

# BERRIEN SPRINGS ORONOKO TWP POLICE
## OFFICER REPORT OF TRAINING

NAME: WYSS ID#: 109 DATE: 1 /11 /16

TRAINING DATE(S): FROM: 1 /11 /16 TO: 1 /11 /16 # HOURS: 1.5

COURSE TITLE: CPR

LOCATION OF TRAINING: BSOTPD

TRAINING PROVIDER: AMERICAN HEART ASSN

INSTRUCTOR: RODRIGUEZ

TYPE OF TRAINING or DEPARTMENT POLICY REVIEW: (LIST CHAPTERS/TOPICS) CPR

MCOLES APPROVED COURSE: ☐ YES ☒ NO MCOLES NUMBER: ____________

INNER-DEPARTMENT PROVIDED TRAINING ONLY: ☐ YES ☒ NO

CERTIFICATE EARNED: ☐ YES ☒ NO (IF YES, ATTACH COPY OF CERTIFICATE)

CHECK ALL THAT APPLY

☒ PRACTICAL EXERCISES ☒ LECTURE ☐ VIDEO REVIEW ONLY

FIREARMS TRAINING:

| WEAPON USED | CALIBER | SERIAL NUMBER | QUALIFIED | COURSE TYPE |
|---|---|---|---|---|
| | | | | |
| WEAPON USED | CALIBER | SERIAL NUMBER | QUALIFIED | COURSE TYPE |
| | | | | |
| WEAPON USED | CALIBER | SERIAL NUMBER | QUALIFIED | COURSE TYPE |
| | | | | |

Officer Obtaining Training / Completing Form: ____________________

COMPLETE FORM AFTER ALL TRAINING SESSIONS – ATTACH COPY OF CERTIFICATE IF PROVIDED; TURN ORIGINAL INTO OFFICE OF THE CHIEF FOR INCLUSION INTO TRAINING FILE/KEEP COPY FOR YOUR RECORDS

# BERRIEN SPRINGS ORONOKO TWP POLICE
## OFFICER REPORT OF TRAINING

NAME: WYSS 109 ID#: 109 DATE: 6 / 3 / 15

TRAINING DATE(S): FROM: 6 / 3 / 15 TO: 6 / 3 / 15 # HOURS: 3

COURSE TITLE: LESS LETHAL

LOCATION OF TRAINING: BSOTPD

TRAINING PROVIDER: BCSD

INSTRUCTOR: DAN JEWELL

TYPE OF TRAINING or DEPARTMENT POLICY REVIEW: (LIST CHAPTERS/TOPICS)

LESS LETHAL TRAINING

MCOLES APPROVED COURSE: ☒ YES ☐ NO MCOLES NUMBER: [redacted]

INNER-DEPARTMENT PROVIDED TRAINING ONLY: ☒ YES ☐ NO

CERTIFICATE EARNED: ☐ YES ☒ NO (IF YES, ATTACH COPY OF CERTIFICATE)

CHECK ALL THAT APPLY

☒ PRACTICAL EXERCISES ☒ LECTURE ☐ VIDEO REVIEW ONLY

FIREARMS TRAINING:

| WEAPON USED | CALIBER | SERIAL NUMBER | QUALIFIED | COURSE TYPE |
| --- | --- | --- | --- | --- |
| | | | | |
| WEAPON USED | CALIBER | SERIAL NUMBER | QUALIFIED | COURSE TYPE |
| | | | | |
| WEAPON USED | CALIBER | SERIAL NUMBER | QUALIFIED | COURSE TYPE |
| | | | | |

Officer Obtaining Training / Completing Form: [signature]

COMPLETE FORM AFTER ALL TRAINING SESSIONS ATTACH COPY OF CERTIFICATE IF PROVIDED; TURN ORIGINAL INTO OFFICE OF THE CHIEF FOR INCLUSION INTO TRAINING FILE/KEEP COPY FOR YOUR RECORDS

# Berrien County Sheriff's Office

L.Paul Bailey, Sheriff

## *BASIC LESS-LETHAL SHOTGUN OPERATOR*

**THIS CERTIFICATE IS PRESENTED TO**

**Jim Wyss**

Completion Date: 06/03/2015

This is to certify that the above has satisfactorily completed the 3 hr. Basic Less-Lethal Shotgun Course. This course is designed to provide the student with the fundamental operating skills, decision making process and legal considerations specific to the use of the Defense Technologies© 23DS bean bag projectile. This course also follows the policy and procedure chpt. 5 sec. 4b under the Berrien County Sheriff's Office which requires annual re-certification.




Instructor: Lt. Dan Jewell BCSO / Instructor Cert. exp. 12/31/2015




**Berrien County Sheriff Office**
**919 Port Street**
**St. Joseph, MI 49085**
**269-983-7141**

# BERRIEN SPRINGS ORONOKO TWP POLICE
## OFFICER REPORT OF TRAINING

NAME: WYSS ID#: 109 DATE: 6 /2 /15

TRAINING DATE(S): FROM: 6 / 2 / 15 TO: 6 / 2 / 15 # HOURS: 6

COURSE TITLE: LEGAL UPDATE

LOCATION OF TRAINING: VBISD CONFERENCE CENTER

TRAINING PROVIDER: WMTC

INSTRUCTOR: GREYDANUS

TYPE OF TRAINING or DEPARTMENT POLICY REVIEW: (LIST CHAPTERS/TOPICS) __

MCOLES APPROVED COURSE: ☒ YES ☐ NO MCOLES NUMBER: [redacted]

INNER-DEPARTMENT PROVIDED TRAINING ONLY: ☐ YES ☐ NO

CERTIFICATE EARNED: ☐ YES ☐ NO (IF YES, ATTACH COPY OF CERTIFICATE)

CHECK ALL THAT APPLY

☐ PRACTICAL EXERCISES ☒ LECTURE ☐ VIDEO REVIEW ONLY

FIREARMS TRAINING:

| WEAPON USED | CALIBER | SERIAL NUMBER | QUALIFIED | COURSE TYPE |
|---|---|---|---|---|
| | | | | |

| WEAPON USED | CALIBER | SERIAL NUMBER | QUALIFIED | COURSE TYPE |
|---|---|---|---|---|
| | | | | |

| WEAPON USED | CALIBER | SERIAL NUMBER | QUALIFIED | COURSE TYPE |
|---|---|---|---|---|
| | | | | |

Officer Obtaining Training / Completing Form: [signature]

COMPLETE FORM AFTER ALL TRAINING SESSIONS – ATTACH COPY OF CERTIFICATE IF PROVIDED; TURN ORIGINAL INTO OFFICE OF THE CHIEF FOR INCLUSION INTO TRAINING FILE/KEEP COPY FOR YOUR RECORDS

# BERRIEN SPRINGS ORONOKO TWP POLICE
## OFFICER REPORT OF TRAINING

NAME: WYSS ID#: 109 DATE: 4/22/15

TRAINING DATE(S): FROM: 4 / 22 / 15 TO: 4 / 22 / 15 # HOURS: 7

COURSE TITLE: MENTAL HEALTH FIRST AID

LOCATION OF TRAINING: BSOTPD

TRAINING PROVIDER: RIVERWOOD

INSTRUCTOR: ______

TYPE OF TRAINING or DEPARTMENT POLICY REVIEW: (LIST CHAPTERS/TOPICS) ______

MCOLES APPROVED COURSE: ☐ YES ☒ NO MCOLES NUMBER: [redacted]

INNER-DEPARTMENT PROVIDED TRAINING ONLY: ☐ YES ☐ NO

CERTIFICATE EARNED: ☐ YES ☐ NO (IF YES, ATTACH COPY OF CERTIFICATE)

CHECK ALL THAT APPLY

☐ PRACTICAL EXERCISES ☑ LECTURE ☐ VIDEO REVIEW ONLY

FIREARMS TRAINING:

| WEAPON USED | CALIBER | SERIAL NUMBER | QUALIFIED | COURSE TYPE |
|---|---|---|---|---|
| | | | | |

| WEAPON USED | CALIBER | SERIAL NUMBER | QUALIFIED | COURSE TYPE |
|---|---|---|---|---|
| | | | | |

| WEAPON USED | CALIBER | SERIAL NUMBER | QUALIFIED | COURSE TYPE |
|---|---|---|---|---|
| | | | | |

Officer Obtaining Training / Completing Form: ______

COMPLETE FORM AFTER ALL TRAINING SESSIONS ATTACH COPY OF CERTIFICATE IF PROVIDED; TURN ORIGINAL INTO OFFICE OF THE CHIEF FOR INCLUSION INTO TRAINING FILE/KEEP COPY FOR YOUR RECORDS

Mental Health
First Aid USA




# Certificate

# James Wyss

has completed the 8-hour course and is now certified in

## Mental Health First Aid USA

And has been trained to provide initial help to people experiencing mental health problems such as depression, anxiety disorders, psychosis and substance use disorders.

This certification became effective on: **April 22, 2015**
Date

This certification expires on: **April 22, 2018**
Date

Instructor

Instructor

MISSOURI DEPARTMENT OF
MENTAL
HEALTH




Mental Health First Aid USA is coordinated by the National Council for Community Behavioral Healthcare, the Maryland Department of Health and Mental Hygiene, and the Missouri Department of Mental Health.



# BERRIEN SPRINGS ORONOKO TWP POLICE
# OFFICER REPORT OF TRAINING

NAME: WYSS ID#: 169 DATE: 10/16/14

TRAINING DATE(S): FROM: 10/16/14 TO: 10/16/14 # HOURS: 1

COURSE TITLE: LEGAL UPDATE "GREEN LIGHT"

LOCATION OF TRAINING: BSOTPD

TRAINING PROVIDER: BSOTPD

INSTRUCTOR: ______

TYPE OF TRAINING or DEPARTMENT POLICY REVIEW: (LIST CHAPTERS/TOPICS) ______

MCOLES APPROVED COURSE: ☐ YES ☐ NO MCOLES NUMBER: ______

INNER-DEPARTMENT PROVIDED TRAINING ONLY: ☐ YES ☐ NO

CERTIFICATE EARNED: ☐ YES ☐ NO (IF YES, ATTACH COPY OF CERTIFICATE)

CHECK ALL THAT APPLY

☐ PRACTICAL EXERCISES ☐ LECTURE ☐ VIDEO REVIEW ONLY

FIREARMS TRAINING:

| WEAPON USED | CALIBER | SERIAL NUMBER | QUALIFIED | COURSE TYPE |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

Officer Obtaining Training / Completing Form: ______

COMPLETE FORM AFTER ALL TRAINING SESSIONS – ATTACH COPY OF CERTIFICATE IF PROVIDED;
TURN ORIGINAL INTO OFFICE OF THE CHIEF FOR INCLUSION INTO TRAINING FILE/KEEP COPY FOR YOUR RECORDS

# BERRIEN SPRINGS ORONOKO TWP POLICE
## OFFICER REPORT OF TRAINING

NAME: JIM WYSS ID#: 109 DATE: 9 /17 /14

TRAINING DATE(S): FROM: 9 /17 /14 TO: 9 /17 /14 # HOURS: 2.5

COURSE TITLE: CPR & AED

LOCATION OF TRAINING: BSOTPD

TRAINING PROVIDER: LAKELAND

INSTRUCTOR: MICHAEL RUSHLOW

TYPE OF TRAINING or DEPARTMENT POLICY REVIEW: (LIST CHAPTERS/TOPICS)

MEDICAL / FIRST AID

MCOLES APPROVED COURSE: ☐ YES ☐ NO MCOLES NUMBER: [redacted]

INNER DEPARTMENT PROVIDED TRAINING ONLY: ☒ YES ☐ NO

CERTIFICATE EARNED: ☒ YES ☐ NO (IF YES, ATTACH COPY OF CERTIFICATE)

CHECK ALL THAT APPLY

☒ PRACTICAL EXERCISES ☒ LECTURE ☒ VIDEO REVIEW ONLY

FIREARMS TRAINING:

| WEAPON USED | CALIBER | SERIAL NUMBER | QUALIFIED | COURSE TYPE |
|---|---|---|---|---|
| | | | | |
| WEAPON USED | CALIBER | SERIAL NUMBER | QUALIFIED | COURSE TYPE |
| | | | | |
| WEAPON USED | CALIBER | SERIAL NUMBER | QUALIFIED | COURSE TYPE |
| | | | | |

Officer Obtaining Training / Completing Form: [signature] 109

COMPLETE FORM AFTER ALL TRAINING SESSIONS - ATTACH COPY OF CERTIFICATE IF PROVIDED; TURN ORIGINAL INTO OFFICE OF THE CHIEF FOR INCLUSION INTO TRAINING FILE/KEEP COPY FOR YOUR RECORDS

# BERRIEN SPRINGS ORONOKO TWP POLICE
## OFFICER REPORT OF TRAINING

NAME: WYSS 109 ID#: 109 DATE: 3 /20 /14

TRAINING DATE(S): FROM: 3 /20 /14 TO: 3 /20 /14 # HOURS: 8

COURSE TITLE: LEGAL UPDATE

LOCATION OF TRAINING: LAWRENCE

TRAINING PROVIDER: WESTERN MI POLICE TRAINING

INSTRUCTOR: DAVE GREY DANIUS

TYPE OF TRAINING or DEPARTMENT POLICY REVIEW: (LIST CHAPTERS/TOPICS)

LEGAL UPDATE

MCOLES APPROVED COURSE: ☒ YES ☐ NO MCOLES NUMBER: ______

INNER-DEPARTMENT PROVIDED TRAINING ONLY: ☐ YES ☒ NO

CERTIFICATE EARNED: ☐ YES ☒ NO (IF YES, ATTACH COPY OF CERTIFICATE)

CHECK ALL THAT APPLY

☐ PRACTICAL EXERCISES ☒ LECTURE ☐ VIDEO REVIEW ONLY

FIREARMS TRAINING:

| WEAPON USED | CALIBER | SERIAL NUMBER | QUALIFIED | COURSE TYPE |
|---|---|---|---|---|
| | | | | |
| WEAPON USED | CALIBER | SERIAL NUMBER | QUALIFIED | COURSE TYPE |
| | | | | |
| WEAPON USED | CALIBER | SERIAL NUMBER | QUALIFIED | COURSE TYPE |
| | | | | |

Officer Obtaining Training / Completing Form: [signature] JIM WYSS

COMPLETE FORM AFTER ALL TRAINING SESSIONS – ATTACH COPY OF CERTIFICATE IF PROVIDED;
TURN ORIGINAL INTO OFFICE OF THE CHIEF FOR INCLUSION INTO TRAINING FILE/KEEP COPY FOR YOUR RECORDS