| Name | ID | Description | Date | Hours |
|---|---|---|---|---|
| | | | | 1295.9 |
| JOHNSON(Roger), Roger | 0632 | ILOD V12P06 - Drug Recognition | 4/1/2015 | 0.5 |
| | 0632 | ILOD V05P06 - Explosives Recognition | 1/1/2015 | 0.5 |
| | 0632 | Dive Team | 1/15/2015 | 8 |
| | 0632 | Active Violence Response Protocols | 1/22/2015 | 0.5 |
| | 0632 | Gas Mask Fit testing | 2/6/2015 | 0.5 |
| | 0632 | Clan Lab Responder Recert | 3/4/2015 | 2 |
| | 0632 | Dive Team | 2/19/2015 | 8 |
| | 0632 | Expense Voucher Review | 6/29/2014 | 0.5 |
| | 0632 | Dive Team | ######### | 8 |
| | 0632 | In-service Firearms | 6/11/2014 | 3 |
| | 0632 | ILOD V13P11 - Fatal Funnel | 1/27/2015 | 0.5 |
| | 0632 | Juvenile Detention Procedures | 12/1/2014 | 0.5 |
| | 0632 | ILOD V12P04 - Drug Concealment | 2/1/2015 | 0.5 |
| | 0632 | Dive Team | ######### | 8 |
| | 0632 | Gas Mask Fit testing | 3/6/2014 | 0.5 |
| | 0632 | Digital Recorder | ######### | 0.5 |
| | 0632 | Gas Mask Fit testing | 3/6/2014 | 0.5 |
| | 0632 | Advanced Vehicle Contraband Concealment | 3/12/2015 | 24 |
| | 0632 | In-service Firearms | ######### | 2 |
| | 0632 | Taser, Basic | 3/27/2006 | 4 |
| | 0632 | Patrol Bail-Out Equipment | 7/30/2014 | 0.5 |
| | 0632 | 1st Amendment | ######### | 0.5 |
| | 0632 | Less-Lethal Shotgun 23DS Re-Cert | ######### | 0.5 |
| | 0632 | 1st Amendment | ######### | 0.5 |
| | 0632 | DNA Evidence | 7/15/2015 | 0.5 |
| | 0632 | Mobile Field Force (MFF) | 3/27/2015 | 3 |
| | 0632 | In-service Firearms | 7/2/2015 | 3 |
| | 0632 | MILO Simulator | 3/16/2015 | 1 |
| | 0632 | Less-Lethal Shotgun 23DS Re-Cert | 7/2/2015 | 0.5 |
| | 0632 | LEIN Recert | 5/7/2015 | 0.5 |
| | 0632 | In-service Firearms | 9/15/2015 | 3 |
| | 0632 | Gas Mask Fit testing | 2/6/2015 | 0.5 |
| | 0632 | In-service Firearms | 4/21/2015 | 3 |
| | 0632 | Dive Team | 9/17/2015 | 8 |
| | 0632 | PCT - Physical Control Tactics | 2/20/2015 | 8.5 |
| | 0632 | Dive Team | 4/16/2015 | 8 |
| | 0632 | Blood Borne Pathogens - DuPont DVD | 11/1/2015 | 0.5 |
| | 0632 | Dive Team | 5/21/2015 | 8 |
| | 0632 | Dive Team | 8/20/2015 | 8 |
| | 0632 | Mi Bicycle Laws | 5/20/2015 | 0.5 |



EXHIBIT 15

| Name | ID | Description | Date | Hours |
|---|---|---|---|---|
| JOHNSON(Roger), Roger | 0632 | Ethics | 11/3/2015 | 1.5 |
| | 0632 | In-service Firearms | ######### | 2 |
| | 0632 | NIJO- Inmate Access to Courts / Counsel | 6/7/2015 | 2 |
| | 0632 | NIJO CODE OF CONDUCT | 5/31/2015 | 1 |
| | 0632 | Dive Team | 6/18/2015 | 8 |
| | 0632 | Dive Team | ######### | 8.5 |
| | 0632 | Clan Lab Responder Recert | ######### | 3 |
| | 0632 | Dive Team | ######### | 8 |
| | 0632 | Dive Team | ######### | 8 |
| | 0632 | Dive Team | 6/12/2015 | 24 |
| | 0632 | Taser, Recert | 2/20/2015 | 1 |
| | 0632 | Dive Team | 2/26/2001 | 24 |
| | 0632 | TASER X26 Transition | 2/26/2016 | 2 |
| | 0632 | Gas Mask Fit testing | 3/2/2016 | 0.5 |
| | 0632 | PCT - Physical Control Tactics | 10/9/2015 | 8 |
| | 0632 | In-service Firearms | 4/26/2016 | 3 |
| | 0632 | Less-Lethal Shotgun 23DS Re-Cert | 6/30/2016 | 0.5 |
| | 0632 | CPR / First Aid / AED / BBP | 1/27/2016 | 8 |
| | 0632 | Dive Team | 4/21/2016 | 8 |
| | 0632 | Dive Team | 9/6/2016 | 16 |
| | 0632 | Dive Team | 8/12/2016 | 8 |
| | 0632 | NARCAN | 1/27/2016 | 0.5 |
| | 0632 | PCT - Physical Control Tactics | 2/26/2016 | 8.5 |
| | 0632 | Dive Team | 3/17/2016 | 8 |
| | 0632 | Narcotics | 3/21/2016 | 20 |
| | 0632 | NARCAN | 12/6/2015 | 0.5 |
| | 0632 | Dive Team | 2/18/2016 | 8.5 |
| | 0632 | IFAK BASIC | 1/27/2016 | 0.5 |
| | 0632 | Dive Team | 1/21/2016 | 8 |
| | 0632 | Mobile Field Force (MFF) | 3/31/2016 | 3 |
| | 0632 | Dive Team | 9/22/2016 | 8 |
| | 0632 | P1A - Use of Force | 10/1/2016 | 2 |
| | 0632 | P1A - Ethics in Law Enforcement | 9/1/2016 | 1 |
| | 0632 | Dive Team | ######### | 8 |
| | 0632 | Dive Team | 1/16/2017 | 24 |
| | 0632 | P1A - Active Shooter Phases and Preventio | 8/1/2016 | 1 |
| | 0632 | Dive Team | 1/25/2017 | 8 |
| | 0632 | P1A - USE OF FORCE BCSO Policy 5.04 | 11/1/2016 | 0.5 |
| | 0632 | Blood Borne Pathogens (BBP) | 2/27/2017 | 1.5 |
| | 0632 | P1A - Leadership 1 | 12/1/2016 | 1 |
| | 0632 | PCT - PPCT Instructor Re-cert | 2/27/2017 | 6 |
| | 0632 | SFST - Refresher | 9/28/2016 | 4 |

| Name | ID | Description | Date | Hours |
|---|---|---|---|---|
| JOHNSON(Roger), Roger | 0632 | In-service Firearms | ######### | 3 |
| | 0632 | ALS /SLS Holster | 2/20/2017 | 8 |
| | 0632 | Taser, Recert | 7/27/2016 | 0.5 |
| | 0632 | P1A - Terrorism 1 | 1/1/2016 | 1 |
| | 0632 | P1A - Tactical Patrol Considerations | 11/1/2016 | 1 |
| | 0632 | P1A - USE OF FORCE BCSO Policy 5.04 | 10/4/2016 | 1 |
| | 0632 | P1A - Social Media in Law Enforcemetn | 7/1/2016 | 1 |
| | 0632 | P1A - Off Duty Safe and Ready | 2/1/2016 | 1 |
| | 0632 | P1A - BCSO Emergency Pursuit | 4/1/2016 | 0.5 |
| | 0632 | Dive Team | ######### | 8 |
| | 0632 | P1A - Active Shooter 3 | 3/1/2016 | 1 |
| | 0632 | P1A - Active Shooter Phases and Preventio | 3/1/2016 | 1 |
| | 0632 | PPCT, Recert | 10/7/2016 | 8 |
| | 0632 | P1A - Off Duty Safe and Ready | 2/1/2016 | 1 |
| | 0632 | P1A - BCSO Emergency Pursuit | 4/1/2016 | 1 |
| | 0632 | Dive Team | ######### | 8 |
| | 0632 | In-service Firearms | 4/20/2017 | 3 |
| | 0632 | P1A - Terrorism 1 | 1/1/2016 | 1 |
| | 0632 | P1A - Narcotics Enforcement | 6/1/2016 | 1 |
| | 0632 | Dive Team | 4/26/2017 | 8 |
| | 0632 | Dive Team | 3/22/2017 | 8 |
| | 0632 | Clan Lab Responder Recert | 11/9/2016 | 4 |
| | 0632 | P1A - Response to Persons w/ Mental Illnes | 5/1/2016 | 2 |
| | 0632 | Gas Mask Fit testing | 3/7/2011 | 0.5 |
| | 0632 | Tactical Response Unit | 6/30/2011 | 8 |
| | 0632 | Tactical Response Unit | 4/18/2011 | 8 |
| | 0632 | Tactical Response Unit | 6/6/2011 | 8 |
| | 0632 | Gas Mask Fit testing | 3/15/2011 | 0.5 |
| | 0632 | Blood Borne Pathogens (BBP) | 3/10/2011 | 0.5 |
| | 0632 | Mobile Field Force (MFF) | 3/22/2011 | 3 |
| | 0632 | Gas Mask Fit testing | 3/9/2011 | 0.5 |
| | 0632 | In-service Firearms | 4/29/2011 | 2 |
| | 0632 | Tactical Response Unit | 4/26/2011 | 8 |
| | 0632 | Tactical Response Unit | 3/24/2011 | 8 |
| | 0632 | In-service Firearms | 7/6/2011 | 3 |
| | 0632 | Tactical Response Unit | ######### | 8 |
| | 0632 | Taser, Recert | 3/10/2011 | 2 |
| | 0632 | LEIN - Talon | 4/19/2011 | 2 |
| | 0632 | Tactical Response Unit | ######### | 8 |
| | 0632 | Tactical Response Unit | 3/8/2011 | 8 |
| | 0632 | Tactical Response Unit | ######### | 4 |
| | 0632 | Tactical Response Unit | 7/25/2011 | 8 |

| Name | ID | Description | Date | Hours |
|---|---|---|---|---|
| JOHNSON(Roger), Roger | 0632 | Tactical Response Unit | ######### | 8 |
| | 0632 | Tactical Response Unit | ######### | 40 |
| | 0632 | Tactical Response Unit | ######### | 8 |
| | 0632 | Tactical Response Unit | 4/1/2011 | 8 |
| | 0632 | Tactical Response Unit | ######### | 8 |
| | 0632 | P1A - USE OF FORCE BCSO Policy 5.04 | 9/5/2011 | 0.5 |
| | 0632 | Basic Sniper | ######### | 40 |
| | 0632 | MCOLES FA Standard LEOSA (HR218) | 9/6/2011 | 1 |
| | 0632 | Tactical Response Unit | 9/12/2011 | 8 |
| | 0632 | Tactical Response Unit | 11/8/2011 | 8 |
| | 0632 | MCOLES FA Standard Open Carry | 9/5/2011 | 0.5 |
| | 0632 | Clan Lab Responder Recert | ######### | 4 |
| | 0632 | PO guide to Mental Health issues | 7/27/2011 | 0.5 |
| | 0632 | In-service Firearms | 12/9/2011 | 2 |
| | 0632 | Tactical Response Unit | 10/6/2011 | 16 |
| | 0632 | MCOLES FA Standard MI CPL | 8/29/2011 | 0.5 |
| | 0632 | In-service Firearms | 9/22/2011 | 3 |
| | 0632 | Tactical Response Unit | 2/6/2012 | 8 |
| | 0632 | Tactical Response Unit | 4/30/2012 | 8 |
| | 0632 | Tactical Response Unit | 1/25/2012 | 8 |
| | 0632 | Dive Team | 2/22/2017 | 8 |
| | 0632 | Tactical Response Unit | 6/15/2012 | 8 |
| | 0632 | Tactical Response Unit | 3/26/2012 | 8 |
| | 0632 | Datamaster | 9/18/2012 | 2 |
| | 0632 | Tactical Response Unit | 1/9/2012 | 8 |
| | 0632 | Narcotics | 5/24/2012 | 16 |
| | 0632 | Taser, Recert | 2/17/2012 | 2 |
| | 0632 | Tactical Response Unit | 3/9/2012 | 8 |
| | 0632 | Tactical Response Unit | 4/16/2012 | 8 |
| | 0632 | Narcotics | 4/24/2012 | 9 |
| | 0632 | NPRC | 6/3/2012 | 24 |
| | 0632 | Tactical Response Unit | 2/22/2012 | 8 |
| | 0632 | Mental Health Update | 2/16/2012 | 1 |
| | 0632 | Dive Team | 5/24/2017 | 8 |
| | 0632 | In-service Firearms | 9/24/2014 | 3 |
| | 0632 | Mobile Field Force (MFF) | 3/29/2012 | 3 |
| | 0632 | Mobile Field Force (MFF) | 3/30/2012 | 3 |
| | 0632 | Tactical Response Unit | 8/8/2012 | 8 |
| | 0632 | PPCT, Basic | 2/16/2012 | 16 |
| | 0632 | Datamaster | 9/18/2012 | 2 |
| | 0632 | Tactical Response Unit | 7/2/2012 | 8 |
| | 0632 | Tactical Response Unit | 6/4/2012 | 8 |

| Name | ID | Description | Date | Hours |
|---|---|---|---|---|
| JOHNSON(Roger), Roger | 0632 | In-service Firearms | 4/13/2012 | 3 |
| | 0632 | Veripic | 6/21/2012 | 1 |
| | 0632 | Tactical Response Unit | 5/14/2012 | 8 |
| | 0632 | In-service Firearms | 9/7/2012 | 3 |
| | 0632 | CPR, Recert (moved to 007) | 1/13/2012 | 8 |
| | 0632 | MCOLES FA Standard Open Carry | 11/1/2012 | 0.5 |
| | 0632 | Tactical Response Unit | ######### | 8 |
| | 0632 | Tactical Response Unit | 1/10/2013 | 8 |
| | 0632 | LEIN Recert | 3/18/2013 | 0.5 |
| | 0632 | Tactical Response Unit | ######### | 8 |
| | 0632 | MCOLES FA Standard MI CPL | 11/1/2012 | 0.5 |
| | 0632 | MCOLES MI Ret.LE Carry Act | 11/1/2012 | 0.5 |
| | 0632 | Tactical Response Unit | 4/29/2013 | 8 |
| | 0632 | Tactical Response Unit | 6/26/2013 | 5 |
| | 0632 | MCOLES FA Standard LEOSA (HR218) | 11/1/2012 | 0.5 |
| | 0632 | Tactical Response Unit | 9/21/2012 | 8 |
| | 0632 | Tactical Response Unit | 10/2/2012 | 8 |
| | 0632 | Tactical Response Unit | 7/9/2013 | 8 |
| | 0632 | Tactical Response Unit | 10/4/2012 | 8 |
| | 0632 | Tactical Response Unit | ######### | 8 |
| | 0632 | Terrorism | 6/28/2013 | 8 |
| | 0632 | In-service Firearms | 7/8/2013 | 3 |
| | 0632 | Tactical Response Unit | 2/28/2013 | 8 |
| | 0632 | Tactical Response Unit | 10/3/2012 | 8 |
| | 0632 | In-service Firearms | 4/15/2013 | 3 |
| | 0632 | Tactical Response Unit | ######### | 8 |
| | 0632 | Tactical Response Unit | 6/4/2013 | 8 |
| | 0632 | Disaster Plan Training | 9/21/2012 | 2 |
| | 0632 | Tactical Response Unit | 4/10/2013 | 8 |
| | 0632 | Tactical Response Unit | 3/28/2013 | 8 |
| | 0632 | Tactical Response Unit | ######### | 8 |
| | 0632 | Tactical Response Unit | 6/10/2013 | 8 |
| | 0632 | Nantel Training | 2/22/2013 | 8 |
| | 0632 | Rappel Master | 7/29/2013 | 40 |
| | 0632 | PCT - Physical Control Tactics | 3/7/2013 | 16 |
| | 0632 | Mobile Field Force (MFF) | 3/26/2013 | 4 |
| | 0632 | Tactical Response Unit | 2/7/2013 | 8 |
| | 0632 | In-service Firearms | ######### | 2 |
| | 0632 | P1A - USE OF FORCE BCSO Policy 5.04 | 11/1/2012 | 0.5 |
| | 0632 | Tactical Response Unit | 9/5/2012 | 8 |
| | 0632 | Tactical Response Unit | 5/2/2012 | 8 |
| | 0632 | Tactical Response Unit | 1/30/2013 | 8 |

| Name | ID | Description | Date | Hours |
|---|---|---|---|---|
| JOHNSON(Roger), Roger | 0632 | Tactical Response Unit | 7/23/2012 | 8 |
| | 0632 | Tactical Response Unit | 8/3/2012 | 8 |
| | 0632 | Tactical Response Unit | 3/12/2013 | 8 |
| | 0632 | Tactical Response Unit | 5/8/2013 | 8 |
| | 0632 | Tactical Response Unit | 4/18/2013 | 8 |
| | 0632 | IFAK BASIC | 6/26/2013 | 3 |
| | 0632 | Tactical Response Unit | 5/29/2013 | 8 |
| | 0632 | P1A - Security Awareness | 4/1/2013 | 0.5 |
| | 0632 | Tactical Response Unit | 9/16/2013 | 8 |
| | 0632 | Tactical Response Unit | 10/8/2013 | 13 |
| | 0632 | In-service Firearms | 8/27/2013 | 2 |
| | 0632 | In-service Firearms | ######### | 2 |
| | 0632 | ILOD V02P08 - Vest Save | 11/1/2013 | 0.5 |
| | 0632 | Tactical Response Unit | ######### | 8 |
| | 0632 | Tactical Response Unit | 9/24/2013 | 8 |
| | 0632 | Gas Mask Fit testing | 2/19/2013 | 0.5 |
| | 0632 | Tactical Response Unit | ######### | 8 |
| | 0632 | Privacy and Civil Rights Protections | ######### | 0.5 |
| | 0632 | ILOD V05P011 2/14 - Crowd Control | 2/22/2014 | 0.5 |
| | 0632 | Tactical Response Unit | ######### | 8 |
| | 0632 | PPCT, Recert | 3/1/2014 | 16 |
| | 0632 | Tactical Response Unit | 8/6/2013 | 8 |
| | 0632 | Tactical Response Unit | ######### | 8 |
| | 0632 | Tactical Response Unit | ######### | 8 |
| | 0632 | Taser, Recert | 3/2/2014 | 0.5 |
| | 0632 | Tactical Response Unit | ######### | 8 |
| | 0632 | Gas Mask Fit testing | 2/20/2013 | 0.5 |
| | 0632 | ILOD V08P01 - Iron Will III | 12/1/2013 | 0.5 |
| | 0632 | Tactical Response Unit | ######### | 8 |
| | 0632 | IFAK BASIC | ######### | 2 |
| | 0632 | Tactical Response Unit | 9/12/2013 | 8 |
| | 0632 | Dive Team | 5/19/2016 | 8 |
| | 0632 | Narcotics | 3/13/2014 | 16 |
| | 0632 | Less-Lethal Shotgun 23DS Re-Cert | ######### | 0.5 |
| | 0632 | Gas Mask Fit testing | 1/30/2013 | 0.5 |
| | 0632 | MCOLES FA Standard LEOSA (HR218) | 9/28/2013 | 0.5 |
| | 0632 | Tactical Response Unit | 1/8/2014 | 8 |
| | 0632 | Tactical Response Unit | 2/10/2014 | 8 |
| | 0632 | CPR / First Aid / AED / BBP | 1/10/2014 | 8 |
| | 0632 | Mobile Field Force (MFF) | 3/27/2014 | 3 |
| | 0632 | LEIN Recert | 8/7/2013 | 0.5 |
| | 0632 | In-service Firearms | 9/10/2013 | 3 |

| Name | ID | Description | Date | Hours |
|---|---|---|---|---|
| JOHNSON(Roger), Roger | 0632 | MCOLES MI Ret.LE Carry Act | 9/28/2013 | 0.5 |
| | 0632 | In-service Firearms | 6/30/2016 | 3 |
| | 0632 | Dive Team | 6/23/2016 | 8 |
| | 0632 | Tactical Response Unit | 10/9/2013 | 8 |
| | 0632 | Dive Team | 7/28/2016 | 8 |
| | 0632 | Squad Car Vent Protocal | 2/28/2014 | 1 |
| | 0632 | MCOLES FA Standard MI CPL | 9/28/2013 | 0.5 |
| | 0632 | Squad Car Vent Protocal | 2/28/2014 | 0.5 |
| | 0632 | MCOLES FA Standard Open Carry | 9/28/2013 | 0.5 |
| | 0632 | P1A - USE OF FORCE BCSO Policy 5.04 | 9/28/2013 | 0.5 |
| | 0632 | Lockout Tool Kit | 3/22/2014 | 0.5 |
| | 0632 | Tactical Response Unit | 1/24/2014 | 8 |
| | 0632 | Objective Inmate Classification | 7/28/2010 | 8 |
| | 0632 | Tactical Response Unit | 11/5/2010 | 8 |
| | 0632 | DC Cook Exercise | 7/28/2010 | 8 |
| | 0632 | Tactical Response Unit | 7/14/2010 | 8 |
| | 0632 | Tactical Response Unit | 1/10/2011 | 8 |
| | 0632 | Tactical Response Unit | ######### | 8 |
| | 0632 | Legal Update 2010 Property Crimes | 3/11/2010 | 1 |
| | 0632 | Legal Update 2010 DNA/Assaults | 3/11/2010 | 1 |
| | 0632 | Nantel Training | 2/15/2013 | 4 |
| | 0632 | Legal Update 2010 Search and Siezure | 3/11/2010 | 1 |
| | 0632 | RADAR/LIDAR MCOLES STANDARD Re-C | ######### | 0.5 |
| | 0632 | Dive Team | ######### | 8 |
| | 0632 | Legal Update 2010 Misc Crimes | 3/11/2010 | 1 |
| | 0632 | Tactical Response Unit | ######### | 4 |
| | 0632 | Objective Inmate Classification | 7/27/2010 | 4 |
| | 0632 | In-Service Firearms Low Light Qual | ######### | 2 |
| | 0632 | Tactical Response Unit | ######### | 4 |
| | 0632 | Legal Update 2010 FA / Med MJ | 3/11/2010 | 1 |
| | 0632 | Tactical Response Unit | ######### | 8 |
| | 0632 | DC Cook Exercise | 7/27/2010 | 4 |
| | 0632 | Tactical Response Unit | 8/16/2010 | 8 |
| | 0632 | PPCT, Recert | 3/10/2011 | 16 |
| | 0632 | Tactical Response Unit | 2/11/2011 | 8 |
| | 0632 | Digital Recorder | 9/26/2014 | 0.5 |
| | 0632 | Tactical Response Unit | ######### | 8 |
| | 0632 | Tactical Response Unit | 2/3/2011 | 8 |
| | 0632 | LEIN - Talon | 2/9/2011 | 1 |
| | 0632 | Mobile Field Force (MFF) | 4/15/2010 | 3 |
| | 0632 | Tactical Response Unit | 1/18/2011 | 8 |
| | 0632 | Gas Mask Fit testing | 3/1/2010 | 0.5 |

| Name | ID | Description | Date | Hours |
|---|---|---|---|---|
| JOHNSON(Roger), Roger | 0632 | Chem / Detergent Suicides | 3/30/2010 | 0.5 |
| | 0632 | Inservice FA / XDm Trans / MCOLES 10 | 6/14/2010 | 24 |
| | 0632 | Tactical Response Unit | 10/4/2010 | 8 |
| | 0632 | Gas Mask Fit testing | 3/1/2010 | 0.5 |
| | 0632 | Use of Force BCSO 5.04 | 2/14/2013 | 4 |
| | 0632 | P1A - Mental Health in Jails | 1/31/2019 | 1 |
| | 0632 | P1A - BCSO BBP ECP | 1/26/2019 | 0.5 |
| | 0632 | P1A - Mental Health in Jails | 1/26/2019 | 1 |
| | 0632 | RADAR/LIDAR MCOLES STANDARD Re-C | 3/20/2019 | 0.5 |
| | 0632 | Dive Team | 9/19/2019 | 8.5 |
| | 0632 | Dive Team | ######### | 8 |
| | 0632 | P1A - Presenting Effective Courtroom Testi | 3/20/2019 | 1 |
| | 0632 | Dive Team | 8/8/2019 | 8 |
| | 0632 | Dive Team | 7/11/2019 | 9 |
| | 0632 | In-Service Firearms Low Light Qual | 12/4/2019 | 2 |
| | 0632 | PCT - Physical Control Tactics | ######### | 8 |
| | 0632 | P1A - Use of Force | 1/26/2019 | 0.5 |
| | 0632 | PCT - Physical Control Tactics | 3/6/2019 | 8 |
| | 0632 | In-service Firearms | 6/18/2019 | 3 |
| | 0632 | Dive Team | 4/16/2019 | 8 |
| | 0632 | Blood Borne Pathogens (BBP) | 1/1/2019 | 0.5 |
| | 0632 | Dive Team | 3/21/2019 | 8 |
| | 0632 | In-service Firearms | 9/10/2019 | 3 |
| | 0632 | In-service Firearms | 4/25/2019 | 2 |
| | 0632 | In-service Firearms | 9/10/2019 | 3 |
| | 0632 | In-service Firearms | 9/10/2019 | 3 |
| | 0632 | P1A - Presenting Effective Courtroom Testi | 2/28/2019 | 1 |
| | 0632 | P1A - Anti-Bias Training | 4/1/2019 | 2 |
| | 0632 | In-service Firearms | 4/25/2019 | 2 |
| | 0632 | P1A - Use of Force | 2/28/2019 | 0.5 |
| | 0632 | Suicide / Mental Health | 9/4/2008 | 1 |
| | 0632 | Narcotics | 5/14/2009 | 16 |
| | 0632 | In-service Firearms G1 May 09 MCOLES | 5/15/2009 | 3 |
| | 0632 | Blood Borne Pathogens (BBP) | 9/4/2008 | 0.5 |
| | 0632 | PPCT, Recert | 9/4/2008 | 12.5 |
| | 0632 | In-service Firearms | 6/18/2008 | 3 |
| | 0632 | In-service Firearms | 4/23/2008 | 3 |
| | 0632 | Mobile Field Force (MFF) | 5/7/2008 | 4 |
| | 0632 | Active Shooter Training | 8/2/2019 | 4 |
| | 0632 | Taser, Recert | 9/5/2008 | 2 |
| | 0632 | Tribal Policing | 8/25/2006 | 3 |
| | 0632 | Mobile Field Force (MFF) | 5/23/2019 | 4 |

| Name | ID | Description | Date | Hours |
|---|---|---|---|---|
| JOHNSON(Roger), Roger | 0632 | Active Shooter Training | 8/2/2019 | 8.5 |
| | 0632 | Legal Update | 4/18/2008 | 8 |
| | 0632 | Precision Driving | 4/15/2008 | 16 |
| | 0632 | Range 2000 MCOLES FA Standard | 6/17/2009 | 0.5 |
| | 0632 | Narcotics | ######### | 16 |
| | 0632 | Incident Command Boards | 9/7/2009 | 0.5 |
| | 0632 | Active Shooter, Recert | 6/25/2008 | 4 |
| | 0632 | MSDS/Haz-mat | 5/6/2009 | 0.5 |
| | 0632 | Narcotics | 9/14/2009 | 24 |
| | 0632 | Investigations | 3/12/2009 | 2 |
| | 0632 | Blood Borne Pathogens (BBP) | 8/6/2009 | 0.5 |
| | 0632 | MDT | 7/31/2009 | 0.5 |
| | 0632 | Mobile Field Force (MFF) | 6/2/2009 | 3 |
| | 0632 | Narcotics | 12/5/2008 | 40 |
| | 0632 | In-service Firearms G1 Sept 09 | 9/23/2009 | 3 |
| | 0632 | In-Service Firearms G1-2 OCT 09 NS | 11/6/2009 | 2 |
| | 0632 | Narcotics | 9/1/2009 | 24 |
| | 0632 | In-service Firearms | ######### | 3 |
| | 0632 | Deadly Force | ######### | 0.5 |
| | 0632 | Clan Lab Responder Recert | ######### | 4 |
| | 0632 | Less-Lethal Shotgun 23DS - Basic | 4/5/2010 | 2 |
| | 0632 | MCOLES FA Standard MI CPL | ######### | 1 |
| | 0632 | PPCT, Recert | 3/1/2010 | 16 |
| | 0632 | Use of Force | ######### | 0.5 |
| | 0632 | Tactical Response Unit | 6/28/2010 | 8 |
| | 0632 | Sudden In Custody Deaths | ######### | 0.5 |
| | 0632 | Tactical Response Unit | 7/27/2010 | 8 |
| | 0632 | P1A - USE OF FORCE BCSO Policy 5.04 | ######### | 1 |
| | 0632 | Mental Health Update | 3/1/2010 | 0.5 |
| | 0632 | MSP Evid. Collection and Submission | 2/15/2010 | 0.5 |
| | 0632 | CPS Documentation | 8/23/2011 | 0.5 |
| | 0632 | Diversity | ######### | 2 |
| | 0632 | MCOLES MI Ret.LE Carry Act | ######### | 1 |
| | 0632 | MCOLES FA Standard LEOSA (HR218) | ######### | 1 |
| | 0632 | CPR, Recert (moved to 007) | 1/14/2010 | 8 |
| | 0632 | LEIN Recert | 4/1/2010 | 1 |
| | 0632 | MCOLES FA Standard Open Carry | ######### | 1 |
| | 0632 | CPS Documentation | 7/27/2011 | 0.5 |
| | 0632 | In-service Firearms | 7/10/2012 | 3 |
| | 0632 | Taser, Recert | 3/2/2010 | 1.5 |
| | 0632 | In-Service Firearms Low Light Qual | 11/6/2017 | 2 |
| | 0632 | P1A - Overcoming Resistance | 6/30/2017 | 1 |

| Name | ID | Description | Date | Hours |
|---|---|---|---|---|
| JOHNSON(Roger), Roger | 0632 | Dive Team | 3/20/2018 | 8 |
| | 0632 | Dive Team | ######### | 8 |
| | 0632 | Disaster Plan Training | 7/13/2017 | 10 |
| | 0632 | Dive Team | 2/21/2018 | 8 |
| | 0632 | P1A - The Will to Win II | 8/31/2017 | 1 |
| | 0632 | P1A - Communications Skills 2 | 2/28/2017 | 1 |
| | 0632 | P1A - Crowd Control 2 | 3/31/2017 | 1 |
| | 0632 | P1A - The Will to Win III | 9/30/2017 | 1 |
| | 0632 | Gas Mask Fit testing | 5/22/2017 | 0.5 |
| | 0632 | Dive Team | 8/14/2017 | 24 |
| | 0632 | P1A - Traffic Stops and Safety I | 6/30/2017 | 1 |
| | 0632 | Body Camera Trainer | 7/19/2018 | 4 |
| | 0632 | P1A - The Will to Win I | 7/31/2017 | 1 |
| | 0632 | P1A - Narcan Naloxone Refresher | ######### | 0.18 |
| | 0632 | Dive Team | 6/28/2017 | 8 |
| | 0632 | P1A - Suicide Prevention: A Proactive Soluti | 8/31/2017 | 0.07 |
| | 0632 | Dive Team | 2/15/2019 | 8 |
| | 0632 | Dive Team | 9/27/2017 | 8 |
| | 0632 | PCT - Physical Control Tactics | 9/29/2017 | 8 |
| | 0632 | Gas Mask Fit testing | 6/3/2017 | 0.5 |
| | 0632 | In-service Firearms | ######### | 2 |
| | 0632 | Dive Team | 2/19/2019 | 8 |
| | 0632 | First Line Supervisor Training | ######### | 8 |
| | 0632 | P1A - BCSO Ballistic Plate Carrier Care and | 5/31/2017 | 0.5 |
| | 0632 | Dive Team | 1/17/2018 | 8 |
| | 0632 | Dive Team | 11/8/2017 | 8 |
| | 0632 | Dive Team | ######### | 8 |
| | 0632 | P1A - Communications Skills 1 | 1/31/2017 | 1 |
| | 0632 | Dive Team | 1/22/2019 | 8 |
| | 0632 | PCT - Physical Control Tactics | ######### | 8.5 |
| | 0632 | Dive Team | 5/16/2018 | 8 |
| | 0632 | PCT - Physical Control Tactics | 3/1/2018 | 8 |
| | 0632 | P1A - BCSO BBP ECP | 3/31/2018 | 0.5 |
| | 0632 | Dive Team | 7/12/2018 | 8 |
| | 0632 | MiTRAIN Sec. Awareness L1-3b | 8/31/2018 | 2 |
| | 0632 | NARCAN | 1/19/2018 | 0.5 |
| | 0632 | CPS Documentation | 6/5/2018 | 8 |
| | 0632 | P1A - Active Shooter 1 | 8/28/2018 | 1 |
| | 0632 | Dive Team | ######### | 8 |
| | 0632 | P1A - Int. w/ Mentally Ill as 1st Resp | 3/31/2018 | 1 |
| | 0632 | CPR / First Aid / AED / BBP | 1/19/2018 | 8 |
| | 0632 | In-service Firearms | 9/10/2018 | 3 |

| Name | ID | Description | Date | Hours |
|---|---|---|---|---|
| JOHNSON(Roger), Roger | 0632 | P1A - Dealing w/ Armed Suspects | 5/1/2018 | 1 |
| | 0632 | In-service Firearms | 5/3/2018 | 3 |
| | 0632 | P1A - Public Recording of Police Activity | 4/30/2018 | 1 |
| | 0632 | In-service Firearms | 6/18/2018 | 3 |
| | 0632 | Dive Team | ######### | 8 |
| | 0632 | Dive Team | 6/20/2018 | 8 |
| | 0632 | P1A - USE OF FORCE BCSO Policy 5.04 | 2/28/2018 | 0.5 |
| | 0632 | Dive Team | 8/15/2018 | 8 |
| | 0632 | Taser, Recert | 3/1/2018 | 1 |
| | 0632 | Dive Team | ######### | 8 |
| | 0632 | Dive Team | 9/19/2018 | 8 |
| | | | | 2292.8 |




## Members Report from 2000-01-01 to 2021-02-18 US/Eastern on PoliceOne Academy

| Full Name | Badge/ID # | Course Title | Completion Status | Date Completed |
|---|---|---|---|---|
| Johnson, Roger | 0632 | The Right to Photograph and Record in Public | Passed | 04/18/2015 |
| Johnson, Roger | 0632 | Always Carry Off Duty | Passed | 05/08/2015 |
| Johnson, Roger | 0632 | Firearms Safety and Children | Passed | 05/08/2015 |
| Johnson, Roger | 0632 | Communication Skills 3 | Passed | 05/08/2015 |
| Johnson, Roger | 0632 | Edged Weapons 1 | Passed | 05/31/2015 |
| Johnson, Roger | 0632 | Crowd Control 1 | Passed | 06/07/2015 |
| Johnson, Roger | 0632 | Crowd Control 3 | Passed | 07/30/2015 |
| Johnson, Roger | 0632 | Ambush Awareness and Preparation | Passed | 07/30/2015 |
| Johnson, Roger | 0632 | Racial Profiling Part 1 | Passed | 10/04/2015 |
| Johnson, Roger | 0632 | Understanding and Responding to Excited Delirium Calls | Passed | 10/04/2015 |
| Johnson, Roger | 0632 | BCSO MIOSHA Blood Borne Pathogens / MRSA - DuPont DVD | Passed | 12/21/2015 |
| Johnson, Roger | 0632 | BERRIEN COUNTY SHERIFF'S OFFICE EXPOSURE CONTROL PLAN 2017 | Passed | 12/21/2015 |
| Johnson, Roger | 0632 | Terrorism 1 | Passed | 01/25/2016 |
| Johnson, Roger | 0632 | Off-Duty, Safe, and Ready | Passed | 02/21/2016 |
| Johnson, Roger | 0632 | (RETIRED) Concealed Carry in our Nation's Schools | Passed | 02/21/2016 |
| Johnson, Roger | 0632 | (RETIRED) The Sheep, the Wolf and the Sheepdog | Passed | 02/21/2016 |
| Johnson, Roger | 0632 | (RETIRED) Violent Visual Imagery and Children | Passed | 02/21/2016 |
| Johnson, Roger | 0632 | Active Shooter 3 | Passed | 02/21/2016 |
| Johnson, Roger | 0632 | (RETIRED) Virginia Tech Massacre | Passed | 02/21/2016 |
| Johnson, Roger | 0632 | Pursuit Driving | Passed | 05/03/2016 |
| Johnson, Roger | 0632 | BCSO Emergency and Pursuit Driving Chpt. 4 Sec. 6 | Passed | 05/03/2016 |
| Johnson, Roger | 0632 | Responding to People with Mental Illness | Passed | 05/03/2016 |

| | | | | |
|---|---|---|---|---|
| Johnson, Roger | 0632 | Narcotics Enforcement 1 | Passed | 07/13/2016 |
| Johnson, Roger | 0632 | Social Media and Law Enforcement | Passed | 08/11/2016 |
| Johnson, Roger | 0632 | Active Shooter: Phases and Prevention | Passed | 09/05/2016 |
| Johnson, Roger | 0632 | Ethics in Law Enforcement | Passed | 09/05/2016 |
| Johnson, Roger | 0632 | Use of Force | Passed | 09/05/2016 |
| Johnson, Roger | 0632 | Use of Force NEW HIRE 4 HOUR | Passed | 11/07/2016 |
| Johnson, Roger | 0632 | Tactical Patrol Considerations | Passed | 11/08/2016 |
| Johnson, Roger | 0632 | Bloodborne Pathogens (1 hour) | Passed | 11/18/2016 |
| Johnson, Roger | 0632 | Leadership 1 | Passed | 12/13/2016 |
| Johnson, Roger | 0632 | Communication Skills 1 | Passed | 01/16/2017 |
| Johnson, Roger | 0632 | Communication Skills 2 | Passed | 02/08/2017 |
| Johnson, Roger | 0632 | Crowd Control 2 | Passed | 03/09/2017 |
| Johnson, Roger | 0632 | Overcoming Resistance: Start with Mental Preparation | Passed | 05/02/2017 |
| Johnson, Roger | 0632 | BCSO Plate Carrier and Ceramic Ballistic Plates | Passed | 05/12/2017 |
| Johnson, Roger | 0632 | The Will to Win 1 | Passed | 06/27/2017 |
| Johnson, Roger | 0632 | Traffic Stops & Safety 1 | Passed | 06/27/2017 |
| Johnson, Roger | 0632 | Narcan Naloxone Refresher | Passed | 07/07/2017 |
| Johnson, Roger | 0632 | (RETIRED) Will to Win: Ileanna Salinas | Passed | 08/11/2017 |
| Johnson, Roger | 0632 | The Will to Win 2 | Passed | 08/21/2017 |
| Johnson, Roger | 0632 | Suicide Prevention | Passed | 08/28/2017 |
| Johnson, Roger | 0632 | The Will to Win 3 | Passed | 10/02/2017 |
| Johnson, Roger | 0632 | Officer Survival 1 | Passed | 10/16/2017 |
| Johnson, Roger | 0632 | BCSO LEIN CERTIFICATION | Passed | 11/06/2017 |
| Johnson, Roger | 0632 | Officer Survival 2 | Passed | 12/06/2017 |
| Johnson, Roger | 0632 | (RETIRED) Reality Training: Enduring an Ambush During an Arrest | Passed | 12/31/2017 |
| Johnson, Roger | 0632 | (RETIRED) Reality Training: Why Searching and Frisking a Subject is Crucial | Passed | 12/31/2017 |
| Johnson, Roger | 0632 | Officer Survival 3 | Passed | 12/31/2017 |
| Johnson, Roger | 0632 | (RETIRED) Winning a Confrontation After You're Hurt | Passed | 12/31/2017 |
| Johnson, Roger | 0632 | BCSO Use of Force 5.04 ANNUAL #529 | Passed | 02/15/2018 |
| Johnson, Roger | 0632 | BCSO BLOOD BORNE PATHOGENS AND EXPOSURE CONTROL PLAN ANNUAL #487 | Passed | 02/15/2018 |
| Johnson, Roger | 0632 | Interacting with the Mentally Ill as a First Responder | Passed | 04/30/2018 |
| Johnson, Roger | 0632 | Public Recording of Police Activities | Passed | 05/24/2018 |
| Johnson, Roger | 0632 | Dealing with Armed Suspects | Passed | 05/31/2018 |
| Johnson, Roger | 0632 | MSP Security Awareness 602 Level 1 Module 1068644 | Passed | 08/28/2018 |

| | | | | |
|---|---|---|---|---|
| Johnson, Roger | 0632 | Verbal De-escalation Skills | Passed | 11/24/2020 |
| Johnson, Roger | 0632 | Active Shooter 1 | Passed | 08/28/2018 |
| Johnson, Roger | 0632 | MSP Security Awareness 603 Level 2 Module 1068692 | Passed | 08/29/2018 |
| Johnson, Roger | 0632 | MSP Security Awareness 604 Level 3A Module 1068696 | Passed | 08/29/2018 |
| Johnson, Roger | 0632 | MSP Security Awareness 605 Level 3B Module 1068699 | Passed | 08/29/2018 |
| Johnson, Roger | 0632 | Mental Health in Jails | Passed | 01/26/2019 |
| Johnson, Roger | 0632 | BCSO Use of Force 5.04 ANNUAL #529 | Passed | 01/26/2019 |
| Johnson, Roger | 0632 | BCSO BLOOD BORNE PATHOGENS AND EXPOSURE CONTROL PLAN ANNUAL #487 | Passed | 01/26/2019 |
| Johnson, Roger | 0632 | Presenting Effective Testimony in a Courtroom | Passed | 03/20/2019 |
| Johnson, Roger | 0632 | Radar MCOLES Standard Refresher | Passed | 03/20/2019 |
| Johnson, Roger | 0632 | Anti-Bias Training For Law Enforcement (2 hours) | Passed | 06/19/2019 |
| Johnson, Roger | 0632 | Axon 2 Body Camera Basic Operation | Passed | 10/08/2019 |
| Johnson, Roger | 0632 | BCSO LEIN CERTIFICATION | Passed | 10/31/2019 |
| Johnson, Roger | 0632 | CPR/First Aid/IFAK/Narcan | Passed | 01/27/2020 |
| Johnson, Roger | 0632 | DIVE TRAINING-ANNUALS SKILLS TEST | Passed | 02/05/2020 |
| Johnson, Roger | 0632 | IN-SERVICE DIVE TRAINING | Passed | 03/11/2020 |
| Johnson, Roger | 0632 | COVID-19 and the Correctional Facility | Passed | 03/26/2020 |
| Johnson, Roger | 0632 | COVID-19 for Local Government | Passed | 03/27/2020 |
| Johnson, Roger | 0632 | Advanced Defensive Driving Techniques | Passed | 03/27/2020 |
| Johnson, Roger | 0632 | BCSO BLOOD BORNE PATHOGENS AND EXPOSURE CONTROL PLAN ANNUAL #487 | Passed | 03/27/2020 |
| Johnson, Roger | 0632 | Bloodborne Pathogens for First Responders | Passed | 04/08/2020 |
| Johnson, Roger | 0632 | Responding to Emergencies 1 | Passed | 04/08/2020 |
| Johnson, Roger | 0632 | Scott M120 Mask Training | Passed | 04/13/2020 |
| Johnson, Roger | 0632 | Accurate Search Warrant Affidavits | Passed | 04/22/2020 |
| Johnson, Roger | 0632 | Distracting a Suspect | Passed | 04/22/2020 |
| Johnson, Roger | 0632 | Always Investigate and Enforce Domestic Violence Laws | Passed | 04/22/2020 |
| Johnson, Roger | 0632 | Body Language Skills and Deception Detection Training | Passed | 04/22/2020 |
| Johnson, Roger | 0632 | Ambition | Passed | 04/28/2020 |
| Johnson, Roger | 0632 | How to Write Effective Use of Force Incident Reports | Passed | 06/19/2020 |
| Johnson, Roger | 0632 | Cultural Awareness and Diversity Overview | Passed | 06/19/2020 |
| Johnson, Roger | 0632 | Diversity in the Workplace | Passed | 06/19/2020 |
| Johnson, Roger | 0632 | Checklist for Report Writing | Passed | 06/19/2020 |
| Johnson, Roger | 0632 | BCSO MIOSHA Blood Borne Pathogens / MRSA - DuPont DVD | Passed | 07/19/2020 |
| Johnson, Roger | 0632 | Kevin Dillon's Report Writing Tips | Passed | 07/19/2020 |

| | | | | |
|---|---|---|---|---|
| Johnson, Roger | 0632 | Arrest, Search, & Seizure (Fourth Amendment) | Passed | 07/19/2020 |
| Johnson, Roger | 0632 | ANNUAL MOBILE FIELD FORCE TRAINING | Passed | 06/10/2020 |
| Johnson, Roger | 0632 | IN-SERVICE DIVE TRAINING | Passed | 07/08/2020 |
| Johnson, Roger | 0632 | VICTORY ELECTROSTATIC SPRAYER | Passed | 07/26/2020 |
| Johnson, Roger | 0632 | Anti-Harassment in the Workplace | Passed | 07/30/2020 |
| Johnson, Roger | 0632 | Dive Training-USE OF ROV UNDER ICE | Passed | 08/06/2020 |
| Johnson, Roger | 0632 | FIREARMS-IN SERVICE FIREARMS (COVID SHOOT) | Passed | 05/11/2020 |
| Johnson, Roger | 0632 | Conducting Searches in a Corrections Setting | Passed | 09/04/2020 |
| Johnson, Roger | 0632 | Direct Supervision of Inmates | Passed | 09/04/2020 |
| Johnson, Roger | 0632 | Reality Training: Excited Delirium Appleton Wisconsin | Passed | 09/12/2020 |
| Johnson, Roger | 0632 | Axon 2 Body Camera Basic Operation | Passed | 01/02/2021 |
| Johnson, Roger | 0632 | Legal 1 | Passed | 12/24/2020 |
| Johnson, Roger | 0632 | DIVE-5TH DISTRICT DIVE TRAINING EXERCISE | Passed | 09/10/2020 |
| Johnson, Roger | 0632 | HIGH RISK VEHICLE STOPS | Passed | 09/22/2020 |
| Johnson, Roger | 0632 | LE PERSONNEL & IMPLICIT BIAS INTERACTIONS WITH CITIZENS AND SUSPECTS-WEBINAR | Passed | 08/08/2020 |
| Johnson, Roger | 0632 | IN-SERVICE DIVE TRAINING | Passed | 10/19/2020 |
| Johnson, Roger | 0632 | IN-SERVICE DIVE TRAINING | Passed | 11/05/2020 |
| Johnson, Roger | 0632 | FIREARMS IN-SERVICE (3 HOUR) | Passed | 11/30/2020 |
| Johnson, Roger | 0632 | Legal 3 | Passed | 12/18/2020 |
| Johnson, Roger | 0632 | Non-Escalation vs. De-escalation Verbal Tactics | Passed | 12/18/2020 |
| Johnson, Roger | 0632 | The Use of De-Escalation Tactics When Responding to a Crisis Call | Passed | 12/18/2020 |
| Johnson, Roger | 0632 | BCSD PCT Refresher | Passed | 12/18/2020 |
| Johnson, Roger | 0632 | BCSD AXON FLEET II TRAINING | Passed | 12/24/2020 |
| Johnson, Roger | 0632 | Legal 2 | Passed | 12/24/2020 |
| Johnson, Roger | 0632 | Excited Delirium: Signs and Preparation | Passed | 01/02/2021 |
| Johnson, Roger | 0632 | Responding to Emergencies 2 | Passed | 01/02/2021 |
| Johnson, Roger | 0632 | Human Trafficking, Part I | Passed | 01/02/2021 |
| Johnson, Roger | 0632 | BCSD YOUR DAILY AND YOU! | Passed | 02/01/2021 |
| Johnson, Roger | 0632 | BCSO LEIN CERTIFICATION | Passed | 02/02/2021 |
| Johnson, Roger | 0632 | DIVE TRAINING-ANNUALS SKILLS TEST | Passed | 02/09/2021 |