**Berrien Springs-Oronoko Township PD -- (269) 471-2813**
**4411 E. Snow Road, Berrien Springs, MI 49103**

Incident No:  **18-002854**
Status:  **CLOSED**

| | |
|---|---|
| Date Reported: | Mon 10/22/2018 02:11:00 |
| Dispatch Time: | 01:24:00       Arrival Time: 01:25:00       Clear Time: 02:55:00 |
| Officers: | WYSS, JAMES                              Detective: |
| Classification: | IN-CUSTODY DEATH -- (09006) |
| Area: | BERRIEN SPRINGS VILLAGE |
| Location: | 101 W UNION, BERRIEN SPRINGS        Section / Nbh: 39 [Berrien Springs] / |
| Description: | MDOP/R&O/ASSAULT POLICE OFFICER/DEATH IN POLICE CUSTODY        Entered: WYSS |

**Deceased / Subject: (09006 IN-CUSTODY DEATH)**
LUNNEEN, JACK, CLEMENT
DOB:   /1967  Age: 51    Soc. Sec:
1422 GRANGE RD
BUCHANAN, MI  49107
Phone:  (269)471-5962
Ops:  L550356119371 / MI        FBI No: 227139DB9        SID No:  1379245W
Race:  White    Sex:  Male    Hair:  Brown    Eyes:  Blue
Height:  5'09"    Weight:  190 lbs.
Known Aliases:  WILLIAMS, JOHN, CLEMENT
ALIAS SS# 379925792
LUNNEEN/JACK/CLEMEMT

**Officer: (09006 IN-CUSTODY DEATH)**
JOHNSON, DEPUTY

**Complainant: (09006 IN-CUSTODY DEATH)**
DRY, ILENE
DOB:   1957  Age: 60
Phone:  (574)320-3872
Race:  White    Sex:  Female

**Evidence:**

1) **T SHIRT**
   Item Num:  18-002854-001
   Tag No:  1200249252       Category: Evidence       Submitted on: 10/22/18
                             Loss Type: Evidence      Submitted by: WYSS, JAMES    Recovered: 10/22/18
   Type:  General Property       Value: $10.00
   Make:  UNK
   Model: UNK
   Color: BLACK       Color: WHITE
   Serial No: NONE

2) **Shoes**
   Item Num:  18-002854-002
   Tag No:  1200249253       Category: Evidence       Submitted on: 10/23/18
                             Loss Type: Evidence      Submitted by: CHRISTNER, ROB    Recovered: 10/23/18
   Type:  General Property       Value: $1.00
   Make:  DENALI

| Reported By: | Reviewed By:  TEED, P | Date Printed:  12/18/2019 |
|---|---|---|
| Page 1 of 5 | Reviewed Date:  02/28/2019 | |

LUNNEEN 000005        **EXHIBIT 20**

Incident No: **18-002854**

LOCATION: 101 W UNION

SUSPECT/DECEASED: JACK CLEMENT LUNNEEN

ADDITIONAL OFFICER: SERGEANT JOHNSON, BCSD

INITIAL CALL: On 10/22/2018 at 01:24 hours I was dispatched to 101 W UNION ST for a MDOP call.

TIME OF DEATH: 02:30 hours declared by DR. KRAUSS; DR BAKER ME

| (Supplement 1) | Reporting Officer: CHRISTNER, ROB | 10/23/18 |
|---|---|---|

On 10/23/18, RO and Det Sgt Teed responded to an abandoned bike in a vacant lot next to 304 N Cass St. We responded to the lot and Det Sgt Teed advised it matched the bike that he had seen Jack Lunneen on Friday the 19th. RO then saw a ball cap on the other side of the fence in the yard of 313 N Main St. Upon retrieving the hat, RO saw a Sharpie pen and a green Bic Lighter near by. We then drove around the block so we could gain access to the items. When we drove around the corner, RO observed a flannel shirt laying in the grass by the road. RO got out and checked out the flannel shirt. When we picked up the shirt we found a Samsung cell phone inside as well as some misc papers. RO went through the papers and discovered a receipt with the name of Jack Lunneen. We then searched the yard further and then discovered two shoes in the front yard of 313 N Main St. Be advised that this address is right across the street from 101 W Union. RO took photographs of the items and placed them into evidence. Nothing further at this time.

R Christner #103

| SUPPLEMENT 2 (Supplement 2) | Reporting Officer: WYSS, JAMES | 10/30/18 |
|---|---|---|

See attached written report.

Ofc Wyss 109

| SUPPLEMENT 3 (Supplement 3) | Reporting Officer: TEED, P | 12/20/18 |
|---|---|---|

Information:

On 12-14-18, I obtained a Search Warrant for the Samsung Cellphone I had recovered from Jack Lunneen's clothing. Prior to obtaining the Search Warrant, I was able to power up the cellphone after finding a similar charger. Once the cellphone was turned on, I was able to determine the cellphone belonged to Jack Lunneen. There were messages and information on the face of the cellphone that led me to believe it belonged to Jack Lunneen. After inquiring with Chief Toliver about accessing the cellphone, it was determined that a Search Warrant would be needed.

Search Warrant Obtained:

I drafted a Search Warrant for the Samsung Cellphone on 12-14-18, and it was approved by Assistant Prosecuting Attorney Jane Wainwright. The Search Warrant was then signed by Magistrate Robert Clark. A copy will be included with the file.

Status:

| Reported By: | Reviewed By: TEED, P | Date Printed: 12/18/2019 |
|---|---|---|
| Page 4 of 5 | Reviewed Date: 02/28/2019 | |