# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# MINUTES

| Case Number | Date | Time | Judge |
|---|---|---|---|
| 1:20-cv-1007-HYJ | 8/9/2022 | 11:07 AM - 2:11 PM | Phillip J. Green |

## CASE CAPTION

Lunneen v. Berrien Springs, Village of et al

## APPEARANCES

| Attorney: | Representing: |
|---|---|
| Emily S. Madden<br><br>Mel C. Orchard, III<br><br>Noah Wallace Drew | Plaintiff |
| Robert VanWert | Defendants Berrien Springs, Village of and Oronoko, Township of, Toliver, and Wyss |
| James T. McGovern | Defendants Berrien County, Johnson, and Bailey |

## PROCEEDINGS

**NATURE OF HEARING:**

Settlement Conference Continued; Case did not settle.

Proceedings NOT Recorded
Deputy Clerk: A. Doezema