U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

ESTATE OF JACK C. LUNNEEN, deceased,
by Thomas E. Lunneen, personal representative,

    Plaintiff,

v

BERRIEN SPRINGS, a village, ORONOKO TOWNSHIP, a municipal corporation, BERRIEN COUNTY, a municipal corporation, JAMES WYSS, in his individual capacity and in his official capacity as officer for Berrien Springs-Oronoko Township Police Department, ROGER JOHNSON, in his individual capacity and in his official capacity as a deputy for the Berrien County Sheriff's Department, L. PAUL BAILEY, in his individual capacity and in his official capacity as Sheriff of the Berrien County Sheriff's Department, PAUL E. TOLIVER, in his individual capacity and in his official capacity as Chief of Police for the Berrien Springs Oronoko Township Police Department, and JOHN DOES 1–10, *in their individual and official capacities*,

    Defendants.

CASE NO. 1:20-cv-01007

HON. HALA Y. JARBOU

MAG. JUDGE PHILLIP J. GREEN

---

MEL C. ORCHARD III
NOAH W. DREW (P74355)
EMILY S. MADDEN
CATHERINE D. RUST
THE SPENCE LAW FIRM LLC
Attorneys for Plaintiff
15 South Jackson Street
P.O. Box 548
Jackson, Wyoming 83001
(307) 733-7290
orchard@spencelawyers.com
drew@spencelawyers.com
madden@spencelawyers.com
rust@spencelawyers.com

G. GUS MORRIS (P32960)
ROBERT W. VANWERT (P70957)
**McGRAW MORRIS P.C.**
Attys for Defs Berrien Springs, Oronoko Twp, Wyss and Toliver
2075 W. Big Beaver Road, Ste. 750
Troy, MI  48084
(248) 502-4000
gmorris@mcgrawmorris.com
rvanwert@mcgrawmorris.com

| | |
|---|---|
| SEAN W. DREW (P33851)<br>DREW LAW OFFICE<br>Co-counsel for Plaintiff<br>302 Sycamore Street<br>P.O. Box 880<br>Niles, Michigan 49120<br>(269) 683-5121<br>drewlawoffice@gmail.com | JAMES T. McGOVERN (P79410)<br>JAMES M. STRAUB (P21083)<br>STRAUB, SEAMAN & ALLEN, P.C.<br>Attys for Berrien County, Bailey & Johnson<br>1014 Main Street, P. O. Box 318<br>St. Joseph, MI  49085<br>(269) 982-1600<br>jmcgovern@lawssa.com<br>jstraub@lawssa.com |

## NOTICE OF APPEAL

NOW COMES Defendant JAMES WYSS, by and through his attorneys, McGRAW MORRIS P.C., by G. GUS MORRIS and ROBERT W. VANWERT, and asserts his interlocutory appeal as of right pursuant to *Mitchell v Forsyth,* 472 U.S. 511 (1985) from the District Court's Opinion and Order Denying in part Defendants' Motion for Summary Judgment dated November 1, 2022 [ECF No. 164, 165] based on qualified immunity against the claims of Plaintiff; the decision to allow Plaintiff to raise a new theory of relief on its claim of gross negligence; and the district court's denial of summary judgment on Plaintiff's gross negligence claim.

Respectfully submitted,

**McGRAW MORRIS P.C.**

By: /s/Robert W. VanWert
G. GUS MORRIS (P32960)
ROBERT W. VANWERT (P70957)
Attorneys for Defendant Wyss
2075 W. Big Beaver Road, Ste. 750
Troy, MI 48084
(248) 502-4000
gmorris@mcgrawmorris.com
rvanwert@mcgrawmorris.com

Dated:  November 11, 2022

U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

ESTATE OF JACK C. LUNNEEN, deceased,
by Thomas E. Lunneen, personal representative,

    Plaintiff,

v

BERRIEN SPRINGS, a village, ORONOKO TOWNSHIP, a municipal corporation, BERRIEN COUNTY, a municipal corporation, JAMES WYSS, in his individual capacity and in his official capacity as officer for Berrien Springs-Oronoko Township Police Department, ROGER JOHNSON, in his individual capacity and in his official capacity as a deputy for the Berrien County Sheriff's Department, L. PAUL BAILEY, in his individual capacity and in his official capacity as Sheriff of the Berrien County Sheriff's Department, PAUL E. TOLIVER, in his individual capacity and in his official capacity as Chief of Police for the Berrien Springs Oronoko Township Police Department, and JOHN DOES 1–10, *in their individual and official capacities*,

    Defendants.

CASE NO. 1:20-cv-01007

HON. HALA Y. JARBOU

MAG. JUDGE PHILLIP J. GREEN

---

| | |
|---|---|
| MEL C. ORCHARD III<br>NOAH W. DREW (P74355)<br>EMILY S. MADDEN<br>CATHERINE D. RUST<br>THE SPENCE LAW FIRM LLC<br>Attorneys for Plaintiff<br>15 South Jackson Street<br>P.O. Box 548<br>Jackson, Wyoming 83001<br>(307) 733-7290<br>orchard@spencelawyers.com<br>drew@spencelawyers.com<br>madden@spencelawyers.com<br>rust@spencelawyers.com | G. GUS MORRIS (P32960)<br>ROBERT W. VANWERT (P70957)<br>**McGRAW MORRIS P.C.**<br>Attys for Defs Berrien Springs, Oronoko Twp, Wyss and Toliver<br>2075 W. Big Beaver Road, Ste. 750<br>Troy, MI  48084<br>(248) 502-4000<br>gmorris@mcgrawmorris.com<br>rvanwert@mcgrawmorris.com |

| | |
|---|---|
| SEAN W. DREW (P33851) | JAMES T. McGOVERN (P79410) |
| DREW LAW OFFICE | JAMES M. STRAUB (P21083) |
| Co-counsel for Plaintiff | STRAUB, SEAMAN & ALLEN, P.C. |
| 302 Sycamore Street | Attys for Berrien County, Bailey & Johnson |
| P.O. Box 880 | 1014 Main Street, P. O. Box 318 |
| Niles, Michigan 49120 | St. Joseph, MI  49085 |
| (269) 683-5121 | (269) 982-1600 |
| drewlawoffice@gmail.com | jmcgovern@lawssa.com |
| | jstraub@lawssa.com |

### CERTIFICATE OF SERVICE

I hereby certify that on November 11, 2022, I caused to be electronically filed the foregoing NOTICE OF APPEAL and CERTIFICATE OF SERVICE, with the Clerk of the Court using the ECF system that will send notification of such filing to all attorneys of record at the email addresses denoted on the Electronic Mail Notice List.

Respectfully submitted,

**McGRAW MORRIS P.C.**

By: /s/Robert W. VanWert
G. GUS MORRIS (P32960)
ROBERT W. VANWERT (P70957)
Attorneys for Defendant Wyss
2075 W. Big Beaver Road, Ste. 750
Troy, MI 48084
(248) 502-4000
gmorris@mcgrawmorris.com
rvanwert@mcgrawmorris.com