UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THOMAS E. LUNNEEN,

    Plaintiff,

vs.

BERRIEN SPRINGS, VILLAGE OF, et al.,

    Defendants.

Case No. 1:20-cv-1007

Hon. Hala Y. Jarbou

_____/

## **ORDER**

The Court having reviewed the parties' Stipulated Motion to Adjourn November 28, 2022 Trial Date (ECF No. 181),

**IT IS ORDERED** the parties' Stipulated Motion to Adjourn (ECF No. 181) is **GRANTED**. The Court will issue an amended Case Management Order resetting the trial date within its discretion.

Dated: November 14, 2022

/s/ Hala Y. Jarbou
HALA Y. JARBOU
Chief United States District Judge