# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: January 23, 2023

Mr. Noah Wallace Drew
Spence Law Firm
P.O. Box 548
Jackson, WY 83001-0000

Ms. Emily S. Madden
Spence Law Firm
232 E. Second Street
Suite 101
Casper, WY 82601

Mr. James T. McGovern
Straub Seaman & Allen
1014 Main Street
St. Joseph, MI 49085

Re: Case No. 22-2043, *Thomas Lunneen v. Village of Berrien Springs, MI, et al*
Originating Case No. : 1:20-cv-01007

Dear Sir or Madam,

The Court issued the enclosed (Order/Opinion) today in this case.

Sincerely yours,

s/Connie A. Weiskittel
Mediation Administrator

cc: Ms. Ann E. Filkins

Enclosure

No mandate to issue

Case No. 22-2043

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

THOMAS E. LUNNEEN, personal representative of the estate of Jack C. Lunneen

      Plaintiff - Appellee

v.

VILLAGE OF BERRIEN SPRINGS, MI; ORONOKO TOWNSHIP, MI; COUNTY OF BERRIEN, MI; JAMES WYSS, in his individual capacity and in his official capacity as officer for Berrien Springs-Oronoko Township Police Department; L. PAUL BAILEY, in his individual capacity and in his offical capacity as Sheriff of the Berrien County Sheriff's Department; PAUL E. TOLIVER, in his individual capacity and in his official capacity as Chief of Police for the Berrien Springs Oronoko Township Police Department; UNKNOWN PARTIES, named as John Does 1-10, in their individual and official capacities

      Defendants

and

ROGER JOHNSON, in his individual capacity and in his official capacity as deputy for the Berrien County Sheriff's Department

      Defendant - Appellant

In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the Motion for Voluntary Dismissal filed by the Appellant,

It is **ORDERED** that the case is dismissed pursuant to 42(b), Federal Rules of Appellate Procedure.

**ENTERED PURSUANT TO RULE 33, RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued: January 23, 2023