Case No. 22-2044/22-2046

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**ORDER**

THOMAS E. LUNNEEN, personal representative of the estate of Jack C. Lunneen

      Plaintiff - Appellee

v.

VILLAGE OF BERRIEN SPRINGS, MI; ORONOKO TOWNSHIP, MI; COUNTY OF BERRIEN, MI; ROGER JOHNSON, in his individual capacity and in his official capacity as deputy for the Berrien County Sheriff's Department; L. PAUL BAILEY, in his individual capacity and in his official capacity as Sheriff of the Berrien County Sheriff's Department; PAUL E. TOLIVER, in his individual capacity and in his official capacity as Chief of Police for the Berrien Springs Oronoko Township Police Department; UNKNOWN PARTIES, named as John Does 1-10, in their individual and official capacities

      Defendants

and

JAMES WYSS, in his individual capacity and in his official capacity as officer for Berrien Springs-Oronoko Township Police Department

      Defendant - Appellant

The court having determined that consolidation of the above causes for purposes of briefing and submission is appropriate,

It is **ORDERED** that the causes be and they hereby are consolidated for the purposes stated above.  Each appellant shall file a separate brief and the appellee shall file one consolidated brief.

      **ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued:  January 31, 2023