*Return Copy*

FOR USE BY DISTRICT COURT PERSONNEL ONLY

TRANSMISSION FORM

FILED - LN
May 30, 2023 11:18 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: EOD   SCANNED BY: /s/ 5/31

District Court: Michigan, Western

District Court Case No.: 1:20-cv-1007

**SHORT CAPTION**

Thomas E. Lunneen

Plaintiff/Petitioner

vs.

Berrien Springs, Village of et al

Defendant/Respondent

*provide pro se address IF NOT on the docket sheet

APPEAL II
completed

Court of Appeals Case No.:
22-2044/2046

Case Manager:
Jennifer A. Strobel

Date Filed:

RECEIVED
MAY 25 2023
DEBORAH S. HUNT, Clerk

District Court Judge: Chief Judge Hala Y. Jarbou

Court Reporter(s): _____

From Deputy Clerk: J. Gerona

Date: May 23, 2023

ANYTHING THAT NEEDS SPECIAL ATTENTION:

Appeal filing fee paid? ☐ Yes ☐ No

**RECORD TRANSMISSION**

I hereby certify that I have transmitted to the United States Court of Appeals for the Sixth Circuit the annexed documents consisting of:

Pleading(s) (**including the pre-sentence report; state court pleadings, etc.**) _____ volume(s)
Deposition(s) _____ volume(s)    Exhibit(s) 1* volume(s)
Transcript(s) _____ volume(s)    **Sealed** _____ volume(s).

**Please indicate if this is a supplemental record: ☐ Yes

which constitutes the CERTIFIED RECORD ON APPEAL, this 23rd day of May, 20 23.

Deputy Clerk, /s/ J. Gerona
United States District Court

*One volume of exhibits containing ECF Nos. 90 and 88, two flash drives of body cam footage referenced in ECF No. 81-4, 81-5.