UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THOMAS E. LUNNEEN,

       Plaintiff,                                        Case No. 1:20–cv–01007–HYJ–PJG

v.                                                       Hon. Hala Y. Jarbou

BERRIEN SPRINGS, VILLAGE OF, et al.,

       Defendants.
_____/

## **NOTICE OF HEARING**

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):   Status Conference
Date/Time:             October 5, 2023   02:00 PM
Chief Judge:           Hala Y. Jarbou
Place/Location:       128 Federal Building, Lansing, MI

                                                      HALA Y. JARBOU
                                                      Chief United States District Judge

Dated:   September 22, 2023      By:   /s/ Brianna G. Sauve
                                                     Case Manager