UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| THOMAS E. LUNNEEN, | Case No. 1:20-cv-01007-HYJ-PJG |
| Plaintiff, | HON. Hala Y. Jarbou |
| v. | |
| BERRIEN SPRINGS, VILLAGE OF, et al., | |
| Defendants. | |

Mel C. Orchard III
Noah W. Drew (P74335)
Emily S. Madden
Catherine D. Rust
THE SPENCE LAW FIRM LLC
15 S. Jackson Street / P.O. Box 548
Jackson, Wyoming 83001
(307) 733-7290 / (307) 733-5248
orchard@spencelawyers.com
drew@spencelawyers.com
madden@spencelawyers.com
rust@spencelawyers.com
*Attorneys for Plaintiff*

Sean W. Drew (P33851)
DREW LAW OFFICE
302 Sycamore Street / P.O. Box 880
Niles, Michigan 49120
(269) 683-6121
drewlawoffice@gmail.com
*Co-Counsel for Plaintiff*

G. Gus Morris (P32960)
MCGRAW MORRIS P.C.
2075 W. Big Beaver Road, Suite 750
Troy, Michigan 48084
(248) 502-4000
gmorris@mcgrawmorris.com
*Attorneys for Berrien Springs Defendants*

James T. McGovern (P79410)
James M. Straub (P21083)
STRAUB, SEAMAN & ALLEN P.C.
1014 Main Street / P.O. Box 318
St. Joseph, Michigan 49085
(269) 982-1600
jmcgovern@lawssa.com
jstraub@lawssa.com
*Attorneys for Berrien County Defendants*

**STIPULATED MOTION FOR ORDER ADJOURNING
STATUS CONFERENCE DATE TO OCTOBER 11, 2023**

1. This is a civil rights action that was filed on October 21, 2020. [ECF No. 1].

2. The Berrien Springs Defendants and the Berrien County Defendants filed Motions for Summary Judgment and the Court issued its rulings on these motions on November 1, 2022 (ECF No. 165).

3. Defendants filed respective appeals to the Sixth Circuit Court of Appeals and they were briefed, and argued, as Case Nos. 22-2044 / 22-2046.  (ECF No. 182 and ECF No. 184).

4. On September 21, 2023, the 6th Circuit Court of Appeals issued its decision and affirmed the District Court's rulings on the respective motions for summary judgment.  (Case 22-2044 Document: 45-1).

5. On September 22, 2023, the District Court issued a Notice of Hearing for a Status Conference to be held on October 5, 2023 (ECF No. 202).

6. Attorney McGovern is lead trial counsel for Defendant Berrien County Sheriff's Office Sgt. Johnson.

7. On October 5, 2023, Attorney McGovern will be in Denver, Colorado for party depositions in Case No. 1:23-cv-266 with Notice of Depositions issued and airline tickets purchased.  One of the deponents is Attorney McGovern's client – Defendant Grant.  Mr. Grant's deposition is scheduled for 9:00AM (MT) on October 5, 2023.  There are two other depositions scheduled to proceed, in-person, later in the day on October 5, 2023.  These three depositions were scheduled and Noticed on September 1, 2023.  (See Renotice of Depositions – attached as an exhibit for reference).

8. Attorney McGovern notified Plaintiff's Counsel and Co-Defendants' Counsel of the conflict on September 22, 2023 immediately after receipt of the subject Notice of Hearing.  The parties' all agreed to a proposed stipulated order to adjourn, and reset, the October 5, 2023 Status Conference to a date convenient for all parties.

9.  Plaintiff's counsel additionally requests that the Status Conference be held via videoconference given that lead counsel for the plaintiff is not local; Defense counsel have no objection to Plaintiff's Counsel's request for videoconference.

10. Based on the foregoing facts, the parties respectfully request that the Court adjourn the currently scheduled Status Conference and reset it for the afternoon of October 11, 2023.

11. A case scheduling order may be modified only for good cause and with the judge's consent. Fed. R. Civ. P. 16(b)(4).

12. There is no prejudice to any party because all parties stipulate to the requested extension.

13. No party has acted in bad faith in making this request. Instead, the parties believe there is a good faith basis for the Court to adjourn and reschedule the Status Conference due to the scheduling conflict.

WHEREFORE the parties respectfully request that the Court grant their Stipulation For Order to Adjourn the Status Conference to October 11, 2023 or a date within a week thereafter.

Respectfully submitted,

/s/ JAMES T. MCGOVERN
JAMES T. MCGOVERN (P79410)
Straub, Seaman & Allen, P.C
Attorneys for Berrien Defendants
1014 Main Street, P.O. Box 318
St. Joseph, MI 49085
(269) 982-1600

/s/ G. Gus Morris
G. Gus Morris (P32960)
MCGRAW MORRIS P.C.
ATTORNEYS FOR BERRIEN SPRINGS
DEFENDANTS 2075 W. Big Beaver Road
Suite 750
Troy, Michigan 48084
(248) 502-4000

<div style="text-align: right">

<u>/s/ Noah W. Drew</u>
Melvin C. Orchard III (WSB No. 5-2984)
Noah W. Drew (WSB No. 7-4888)
Emily S. Madden (WSB No. 7-6272)
Catherine e. DiSanto (WSB No. 7-6296)
THE SPENCE LAW FIRM, LLC
15 South Jackson Street
P.O. Box 548
Jackson, Wyoming 83001
(307) 733-7290 | Fax: (307) 733-5248

Sean W. Drew (MI SB No. P33851)
DREW LAW OFFICE
302 Sycamore Street
P.O. Box 880
Niles, Michigan 49120
(269) 683-5121
Attorneys for Plaintiff

</div>

| | |
|---|---|
| **From:** | Mel Orchard |
| **To:** | James McGovern |
| **Cc:** | Noah Drew; Gus Morris; Kathie Lane; John Gemellaro; Catherine Rust; Jennifer Lira |
| **Subject:** | Re: Lunneen |
| **Date:** | Monday, September 25, 2023 11:04:44 AM |

thank you…approved…

Mel


Mel Orchard
Board Certified Trial Lawyer
The Spence Law Firm, LLC
Jackson, Wyoming 83001
orchard@spencelawyers.com

This is a confidential email.  Please disregard and destroy if you are not the intended recipient.  If you have questions and cannot reach me directly,  please email my assistant, Jennifer Lira at Lira@spencelawyers.com or call the office at 307-733-7290.



> On Sep 25, 2023, at 8:58 AM, James McGovern <jmcgovern@lawssa.com> wrote:
>
> Mel - I edited that para; let me know if this is acceptable to be filed with your e-signature.
>
>
> James T. McGovern, Esq.
> Straub, Seaman & Allen, P.C.
> 1014 Main Street, St. Joseph, MI 49085
> Direct:  269-982-7728
> Cell:  773-580-0559
>
>
>
> **From:** Mel Orchard <orchard@spencelawyers.com>
> **Sent:** Monday, September 25, 2023 10:43 AM
> **To:** James McGovern <jmcgovern@lawssa.com>

**Cc:** Noah Drew <drew@spencelawyers.com>; Gus Morris <gmorris@mcgrawmorris.com>; Kathie Lane <klane@mcgrawmorris.com>; John Gemellaro <jgemellaro@mcgrawmorris.com>; Catherine Rust <disanto@spencelawyers.com>; Jennifer Lira <lira@spencelawyers.com>
**Subject:** Re: Lunneen

Looks good with me, with the only change is that lead counsel is not local, we have local counsel.

Sent from my iPhone

> On Sep 25, 2023, at 7:54 AM, James McGovern <jmcgovern@lawssa.com> wrote:
>
> Noah and Gus –
>
> See my draft stip motion for a new date for the status conference (afternoon of 10/11).   I also put in the request for zoom.
>
> Let me know if you have any edits; if not, please let me know if my office has your permission to e-sign on your behalf and file
>
>
> James T. McGovern, Esq.
> Straub, Seaman & Allen, P.C.
> 1014 Main Street, St. Joseph, MI 49085
> Direct:  269-982-7728
> Cell:  773-580-0559
>
> ---
>
> **From:** Noah Drew <drew@spencelawyers.com>
> **Sent:** Friday, September 22, 2023 7:03 PM
> **To:** Gus Morris <gmorris@mcgrawmorris.com>
> **Cc:** James McGovern <jmcgovern@lawssa.com>; Kathie Lane <klane@mcgrawmorris.com>; John Gemellaro <jgemellaro@mcgrawmorris.com>; Catherine Rust <disanto@spencelawyers.com>; Mel Orchard <orchard@spencelawyers.com>; Jennifer Lira <lira@spencelawyers.com>
> **Subject:** Re: Lunneen
>
> Need to check our calendars but not a problem to work with you on dates. Any thoughts on trying to do this by Teams/Zoom to save the

travel?

Noah

Sent from my iPhone

> On Sep 22, 2023, at 4:25 PM, Gus Morris <gmorris@mcgrawmorris.com> wrote:
>
>
> I have a conflict on 10/3.  10/11 or 10/12 are good dates.
>
> G. Gus Morris
> **McGraw Morris PC**
> 2075 West Big Beaver Rd
> Suite 750
> Troy,  MI  48084
> gmorris@mcgrawmorris.com
> www.mcgrawmorris.com
> O  248.502.4000
> F  248.502.4001
>
> CONFIDENTIAL AND ATTORNEY/CLIENT PRIVILEGED:
>
> This e-mail and any attachments are confidential, intended for the addressee only and may be attorney/client privileged.  If you are not the addressee, then please DO NOT read, copy or distribute the message or any attachment.  Please reply to the sender that you received the message in error and delete it.  Thank you.
>
> ---
>
> **From:** James McGovern <jmcgovern@lawssa.com>
> **Sent:** Friday, September 22, 2023 5:19 PM
> **To:** Gus Morris <gmorris@mcgrawmorris.com>; Noah Drew <drew@spencelawyers.com>
> **Cc:** Kathie Lane <klane@mcgrawmorris.com>; John Gemellaro <jgemellaro@mcgrawmorris.com>
> **Subject:** Re: Lunneen
>
> All - we just got an order to be in Court at 2pm on 10/5 for a status conference.  I will be in Denver for work with airfare

already purchased.   Would you agree to change the date to 10/3 or 10/11?    If so the. I will send out a stop motion for new date for either or (whatever is available to you)

Get [Outlook for iOS](Outlook for iOS)

**From:** Gus Morris <gmorris@mcgrawmorris.com>
**Sent:** Friday, September 22, 2023 9:10:20 AM
**To:** Noah Drew <drew@spencelawyers.com>
**Cc:** James McGovern <jmcgovern@lawssa.com>; Kathie Lane <klane@mcgrawmorris.com>; John Gemellaro <jgemellaro@mcgrawmorris.com>
**Subject:** Lunneen

Gentlemen,

In light of the 6th Cir decision and our discussions after oral argument, do we want to attempt another round of facilitation?  If so, do we want to reach out to Jon March (who recently contacted us via email) or do we want to pursue a different mediator?  I would agree to March but I would like this round to be in person.  What are your thoughts?

G. Gus Morris
**McGraw Morris PC**
2075 West Big Beaver Rd
Suite 750
Troy,  MI  48084
gmorris@mcgrawmorris.com
www.mcgrawmorris.com
O  248.502.4000
F   248.502.4001

CONFIDENTIAL AND ATTORNEY/CLIENT PRIVILEGED:

This e-mail and any attachments are confidential, intended for the addressee only and may be attorney/client privileged.  If you are not the addressee, then please DO NOT read, copy or distribute the message or any attachment.  Please reply to the sender that you received the message in error and delete it.  Thank you.

<D's Proposed Stip re Status Conference Adjournment-9.25.23.docx>

&lt;NOD-Grant, Kay and O'Gorek 10-5-23.pdf&gt;

&lt;D's Proposed Stip re Status Conference Adjournment-9.25.23.docx&gt;

| | |
|---|---|
| **From:** | Gus Morris |
| **To:** | James McGovern; Noah Drew |
| **Cc:** | Kathie Lane; John Gemellaro; Catherine Rust; Mel Orchard; Jennifer Lira |
| **Subject:** | RE: Lunneen |
| **Date:** | Monday, September 25, 2023 10:03:05 AM |

Approved

G. Gus Morris

**McGraw Morris PC**

2075 West Big Beaver Rd

Suite 750

Troy, MI 48084

gmorris@mcgrawmorris.com

www.mcgrawmorris.com

O  248.502.4000

F  248.502.4001

CONFIDENTIAL AND ATTORNEY/CLIENT PRIVILEGED:

This e-mail and any attachments are confidential, intended for the addressee only and may be attorney/client privileged.  If you are not the addressee, then please DO NOT read, copy or distribute the message or any attachment.  Please reply to the sender that you received the message in error and delete it.  Thank you.

**From:** James McGovern <jmcgovern@lawssa.com>
**Sent:** Monday, September 25, 2023 9:54 AM
**To:** Noah Drew <drew@spencelawyers.com>; Gus Morris <gmorris@mcgrawmorris.com>
**Cc:** Kathie Lane <klane@mcgrawmorris.com>; John Gemellaro <jgemellaro@mcgrawmorris.com>; Catherine Rust <disanto@spencelawyers.com>; Mel Orchard <orchard@spencelawyers.com>; Jennifer Lira <lira@spencelawyers.com>
**Subject:** RE: Lunneen

Noah and Gus –

See my draft stip motion for a new date for the status conference (afternoon of 10/11).   I also put in the request for zoom.

Let me know if you have any edits; if not, please let me know if my office has your permission to e-sign on your behalf and file

James T. McGovern, Esq.

Straub, Seaman & Allen, P.C.

1014 Main Street, St. Joseph, MI 49085

Direct:  269-982-7728
Cell:  773-580-0559

---

**From:** Noah Drew <drew@spencelawyers.com>
**Sent:** Friday, September 22, 2023 7:03 PM
**To:** Gus Morris <gmorris@mcgrawmorris.com>
**Cc:** James McGovern <jmcgovern@lawssa.com>; Kathie Lane <klane@mcgrawmorris.com>; John Gemellaro <jgemellaro@mcgrawmorris.com>; Catherine Rust <disanto@spencelawyers.com>; Mel Orchard <orchard@spencelawyers.com>; Jennifer Lira <lira@spencelawyers.com>
**Subject:** Re: Lunneen

Need to check our calendars but not a problem to work with you on dates. Any thoughts on trying to do this by Teams/Zoom to save the travel?

Noah

Sent from my iPhone

> On Sep 22, 2023, at 4:25 PM, Gus Morris <gmorris@mcgrawmorris.com> wrote:
>
>
> I have a conflict on 10/3.  10/11 or 10/12 are good dates.
>
> G. Gus Morris
> **McGraw Morris PC**
> 2075 West Big Beaver Rd
> Suite 750
> Troy,  MI  48084
> gmorris@mcgrawmorris.com
> www.mcgrawmorris.com
> O  248.502.4000
> F   248.502.4001
>
> CONFIDENTIAL AND ATTORNEY/CLIENT PRIVILEGED:
>
> This e-mail and any attachments are confidential, intended for the addressee only and may be attorney/client privileged.  If you are not the addressee, then please DO NOT read, copy or distribute the message or any attachment.  Please reply to the sender that you received the message in error and delete it.  Thank you.

---

**From:** James McGovern <jmcgovern@lawssa.com>
**Sent:** Friday, September 22, 2023 5:19 PM
**To:** Gus Morris <gmorris@mcgrawmorris.com>; Noah Drew <drew@spencelawyers.com>
**Cc:** Kathie Lane <klane@mcgrawmorris.com>; John Gemellaro <jgemellaro@mcgrawmorris.com>
**Subject:** Re: Lunneen

All - we just got an order to be in Court at 2pm on 10/5 for a status conference.  I will be in Denver for work with airfare already purchased.   Would you agree to change the date to 10/3 or 10/11?    If so the. I will send out a stop motion for new date for either or (whatever is available to you)

Get Outlook for iOS

---

**From:** Gus Morris <gmorris@mcgrawmorris.com>
**Sent:** Friday, September 22, 2023 9:10:20 AM
**To:** Noah Drew <drew@spencelawyers.com>
**Cc:** James McGovern <jmcgovern@lawssa.com>; Kathie Lane <klane@mcgrawmorris.com>; John Gemellaro <jgemellaro@mcgrawmorris.com>
**Subject:** Lunneen

Gentlemen,

In light of the 6th Cir decision and our discussions after oral argument, do we want to attempt another round of facilitation?  If so, do we want to reach out to Jon March (who recently contacted us via email) or do we want to pursue a different mediator?  I would agree to March but I would like this round to be in person.  What are your thoughts?

G. Gus Morris
**McGraw Morris PC**
2075 West Big Beaver Rd
Suite 750
Troy,  MI  48084
gmorris@mcgrawmorris.com
www.mcgrawmorris.com
O  248.502.4000
F   248.502.4001

CONFIDENTIAL AND ATTORNEY/CLIENT PRIVILEGED:

This e-mail and any attachments are confidential, intended for the addressee only and may be attorney/client privileged.  If you are not the addressee, then please DO NOT read, copy or distribute the message or any attachment.  Please reply to the sender

that you received the message in error and delete it.  Thank you.

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

CHRISTINA TACKETT, as Personal
Representative of the Estate of
KEVIN RAY TACKETT, Deceased,

        CASE NO. 1:23-cv-266

    Plaintiff,

v.        HON. ROBERT J. JONKER

FIVE STAR ENERGY SERVICES LLC
and MATHEW GRANT,

    Defendants.

---

Raymond C. Steadmon (P80437)
KEILEN LAW PLC
*Attorneys for Plaintiff*
141 E. Michigan Avenue Suite 602
Kalamazoo, MI 49007
T: (26) 382-4818
rsteadmon@keilenlaw.com

Robert J. Johnson (P42458)
Jacob E. VandeZande (P85037)
GROVER LEWIS JOHNSON
*Attorneys for Defendant Five Star Energy*
3514 Rivertown Point Court SW
Grandville, MI 49418-2727
T: (616) 257-3900
F: (616) 257-8555
rjohnson@groverlewisjohnson.com
jvandezande@groverlewisjohnson.com
lgaunt@groverlewisjohnson.com

James M. Straub (P21083)
James T. McGovern (P79410)
STRAUB, SEAMAN & ALLEN, P.C.
*Attorneys for Defendant Mathew Grant*
1014 Main Street, PO Box 318
St. Joseph, MI 49085
(269) 982-7724
jstraub@lawssa.com
jmcgovern@lawssa.com
dvanhoven@lawssa.com

*Grover Lewis Johnson*

---

**RENOTICE OF DEPOSITIONS**

**(Previously scheduled for 9/6/23)**

PLEASE TAKE NOTICE that the depositions of the witnesses named below will be taken before a notary public and qualified court reporter as follows:

DATE: **October 5, 2023**

WITNESS: **Mathew Grant**
TIME: **9:00 a.m. (MT)**

WITNESS: **Courtney Kay**
TIME: **11:00 a.m. (MT)**

WITNESS: **Jarad O'Gorek**
TIME: **12:00 p.m. (MT)**

PLACE: **Naegeli Deposition & Trial**
**600 17th St., Suite 2800 South**
**Denver, CO 80202**

**Counsel may appear via ZOOM. ZOOM ID to be provided.**

These depositions will be taken pursuant to MCR 2.306. You are at liberty to appear at the time and place mentioned and examine said witnesses.

Respectfully submitted,

GROVER LEWIS JOHNSON
Attorneys for Defendant Five Star Energy

Date: September 1, 2023

By: _____
Robert J. Johnson (P42458)
Jacob E. VandeZande (P85037)
BUSINESS ADDRESS & TELEPHONE NO.:
3514 Rivertown Point Court SW
Grandville, MI 49418-2727
(616) 257-3900 / (616) 257-8555

*Grover Lewis Johnson*

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record and/or non-represented parties herein at their respective addresses as directed on the pleadings on **9/11/23** by:

☐ US Mail   ☐ Fax   ☐ Email   ☐ UPS/FedEx   X E-Filing/Email

_____
Lynne Gaunt